United States District Court
For the Northern District of California

1       ORDER FOR PRETRIAL PREPARATION

2  PRETRIAL CONFERENCE

3       1.   Not less than 30 days prior to the pretrial conference,

4  counsel shall **exchange** (but not file or lodge) the papers described

5  in Civil L.R. 16-10(b)(7),(8),(9), and (10), and their motions in

6  limine.

7       2.   At least 20 days before the final pretrial conference, lead

8  counsel who will try the case shall meet and confer with respect to:

9            (a)    Preparation and content of the joint pretrial
   conference statement;
10
             (b)    Resolution of any differences between the parties
11  regarding the preparation and content of the joint pretrial
   conference statement and the preparation and exchange of
12  pretrial materials to be served and lodged pursuant to this
   Order for Pretrial Preparation.  To the extent such differences
13  are not resolved, parties will present the issues in the
   pretrial conference statement so that the judge may rule on the
14  matter during the pretrial conference; and

15           (c)   Settlement of the action.

16      3.   Not less than 10 days prior to the pretrial conference,

17  counsel shall submit the following.

18           (a)   Pretrial Conference Statement.  The parties shall file

19  a joint pretrial conference statement containing the following

20  information:

21      (1)   The Action.

22           (A) Substance of the Action.  A brief description of the
   substance of claims and defenses which remain to be decided.
23
             (B)   Relief Prayed.  A detailed statement of all the relief
24  claimed, particularly itemizing all elements of damages claimed.

25           (2)   The Factual Basis of the Action.
26
             (A)    Undisputed Facts.  A plain and concise statement of
27  all relevant facts not reasonably disputed.

28           (B)    Disputed Factual Issues.   A plain  and  concise

United States District Court
For the Northern District of California

1    statement of all disputed factual issues which remain to be
     decided.

2

3        (C)  Agreed Statement.  A statement assessing whether all
     or part of the action may be presented upon an agreed statement
     of facts.

4

5        (D)  Stipulations.  A statement of stipulations requested
     or proposed for pretrial or trial purposes.

6    (3)  Disputed Legal Issues.   Without extended legal argument,

7    a concise statement of each disputed point of law concerning

8    liability or relief.

9    (4)  Further Discovery or Motions.  A statement of all remaining

10   discovery or motions.

11   (5)  Trial Alternatives and Options.

12       (A)  Settlement Discussion.  A statement summarizing the
     status of settlement negotiations and indicating whether further

13   negotiations are likely to be productive.

14       (B)  Consent to Trial Before a Magistrate Judge.   A
     statement whether the parties consent to a court or jury trial

15   before a magistrate judge, with appeal directly to the Ninth
     Circuit.

16

17       (C)  Bifurcation, Separate Trial of Issues.  A statement of
     whether bifurcation or a separate trial of specific issues is
     feasible and desired.

18

19   (6)  Miscellaneous.  Any other subjects relevant to the trial of

20   the action, or material to its just, speedy and inexpensive

21   determination.

22       (b)  Exhibit List and Objections.  The exhibit list shall

23   list each proposed exhibit by its number, description, and sponsoring

24   witness, followed by blanks to accommodate the date on which it is

25   marked for identification and the date on which it is admitted into

26   evidence.  **No party shall be permitted to offer any exhibit in its**

27   **case-in-chief that is not disclosed in its exhibit list without leave**

28   **of the Court for good cause shown.**  Parties shall also deliver a set

United States District Court
For the Northern District of California

1  of premarked exhibits to the Courtroom Deputy.  The exhibit markers
2  shall each contain the name and number of the case, the number of the
3  exhibit, and blanks to accommodate the date admitted and the Deputy
4  Clerk's initials.   (Appropriate sample forms are available on the
5  Court's website at www.cand.uscourts.gov).  Any objections to exhibits
6  which remain after the pretrial meeting shall be indicated in the
7  pretrial statement.

8          (c)   Witness List.   In addition to the requirements of
9  FRCivP 26(a)(3)(A), a brief statement describing the substance of the
10 testimony to be given by each witness who may be called at trial.  **No**
11 **party shall be permitted to call any witness in its case-in-chief that**
12 **is not disclosed in its pretrial statement without leave of Court for**
13 **good cause shown.**

14          (d)   Use of Discovery Responses.   In addition to the
15 requirements of FRCivP 26(a)(3)(B), a designation of any excerpts from
16 interrogatory answers or from responses for admissions intended to be
17 offered at trial.   Counsel shall indicate any objections to use of
18 these materials and that counsel have conferred respecting such
19 objections.

20          (e)   Trial briefs.   Briefs on all significant disputed
21 issues of law, including foreseeable procedural and evidentiary
22 issues, which remain after the pretrial meeting.

23          (f)   Motions in Limine.  Any motions in limine that could
24 not be settled at the pretrial meeting shall be filed with the
25 pretrial statement.  All motions in limine shall be contained within
26 one document, limited to 25 pages pursuant to Civil L.R. 7-2(b), with
27 each motion listed as a subheading.  Opposition to the motions in
28 limine shall be contained within one document, limited to 25 pages,

United States District Court
For the Northern District of California

1   with corresponding subheadings, and filed five (5) days thereafter.

2       (g)  Joint Proposed Voir Dire.  The attached voir dire

3   questionnaire will be given to the venire members, and copies of the

4   responses will be made available to counsel at the beginning of voir

5   dire.  Counsel may submit a set of additional requested voir dire, to

6   be posed by the Court, to which they have agreed at the pretrial

7   meeting.  Any voir dire questions on which counsel cannot agree shall

8   be submitted separately.  Counsel may be allowed brief follow-up voir

9   dire after the Court's questioning.

10      (h)  Joint Proposed Jury Instructions.  Jury instructions

11  §1.1 through §1.12, §1.13 through §2.2, and §3.1 through §4.3 from the

12  Manual of Model Civil Jury Instructions for the Ninth Circuit (2001

13  Edition) will be given absent objection.  Counsel shall jointly submit

14  one set of additional proposed jury instructions, to which they have

15  agreed at the pretrial meeting.  The instructions shall be ordered in

16  a  logical  sequence,  together  with  a  table  of  contents.   Any

17  instruction  on  which  counsel  cannot  agree  shall  be  marked  as

18  "disputed,"  and  shall  be  included  within  the  jointly  submitted

19  instructions and accompanying table of contents, in the place where

20  the party proposing the instruction believes it should be given.

21  Argument and authority for and against each disputed instruction shall

22  be  included  as  part  of  the  joint  submission,  on  separate  sheets

23  directly following the disputed instruction.

24      Whenever possible, counsel shall deliver to the Courtroom Deputy

25  a copy of their joint proposed jury instructions on a computer disk

26  in WordPerfect or ASCII format.  The disk label should include the

27  name  of  the  parties,  the  case  number  and  a  description  of  the

28  document.

United States District Court
For the Northern District of California

1            (I)   Proposed Verdict Forms, Joint or Separate.

2            (j)   Proposed Findings of Fact and Conclusions of Law (Court

3    Trial only).   Whenever possible, counsel shall deliver to the

4    Courtroom Deputy a copy of their proposed findings of fact and

5    conclusions of law on a computer disk in WordPerfect or ASCII format.

6    The disk label should include the name of the parties, the case number

7    and a description of the document.

8    JURY SELECTION

9         The Jury Commissioner will summon 20 to 25 prospective jurors.

10   The Courtroom Deputy will select their names at random and seat them

11   in the courtroom in the order in which their names are called.

12        Voir dire will be asked of sufficient venire persons so that

13   eight (or more for a lengthy trial) will remain after all peremptory

14   challenges and an anticipated number of hardship dismissals and cause

15   challenges have been made.

16        The Court will then take cause challenges, and discuss hardship

17   claims from the individual jurors, outside the presence of the venire.

18   The Court will inform the attorneys which hardship claims and cause

19   challenges will be granted, but will not announce those dismissals

20   until the process is completed.  Each side may then list in writing

21   up to three peremptory challenges.  The attorneys will review each

22   other's lists and then submit them to the Courtroom Deputy.

23        Then, from the list of jurors in numerical order, the Court will

24   strike the persons with meritorious hardships, those excused for

25   cause, and those challenged peremptorily, and call the first eight

26   people in numerical sequence remaining.  Those people will be the

27   jury.

28        All jurors remaining at the close of the case will deliberate.

**United States District Court**
For the Northern District of California

1    There are no alternates.

2    <u>SANCTIONS</u>

3         Failure to comply with this Order is cause for sanctions under

4    Federal Rule of Civil Procedure 16(f).

5         IT IS SO ORDERED.

United States District Court
For the Northern District of California

1

2 | Dated: _____         s/CLAUDIA  WILKEN
                                    CLAUDIA WILKEN
3                                   UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**For the Northern District of California**

<u>JUROR QUESTIONNAIRE</u>

Please fill out this form as completely as possible and print clearly. Since we want to make copies for the attorneys and the Court, do not write on the back of any page.  If you need more room, continue at the bottom of the page.  Thank you for your cooperation.

1.    Your name: _____

2.    Your age: _____

3.    The city where you live: _____

4.    Your place of birth: _____

5.    Do you rent or own your own home? _____

6.    Your marital status: (circle one)

        single    married    separated    divorced    widowed

7.    What is your occupation, and how long have you worked in it?  (If you are retired, please describe your main occupation when you were working).

_____

_____

8.    Who is (or was) your employer?

_____

9.    How long have you worked for this employer? _____

10.   Please list the occupations of any adults with whom you live.

_____

11.   If you have children, please list their ages and sex and, if they are employed, please give their occupations.

_____

_____

12.   Please describe your educational background:

        Highest grade completed: _____

College and/or vocational schools you have attended:

_____

_____

_____

_____

Major areas of study:_____

13.  Have you ever served on a jury before? _____   How many

times?_____

If yes:  State/County Court _____   Federal Court _____

When? _____

Was it a civil or criminal case? _____

Did the jury(ies) reach a verdict? _____

(rev. 9/4/02)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ, an individual, | ) ) ) | CASE NO.:  C 06 7026 CW |
| Plaintiff(s), | ) ) ) | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| NEWELL RUBBERMAID, INC., ET AL, | ) ) | |
| Defendant(s). | ) ) ) | |

In accordance with the provisions of 28 U.S.C. Section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated:  2 . 23 . 07        J. Phillip Morland

Attorney for _____

DECLINATION

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrte Judge for trial

Dated: _____

Attorney for _____

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
2  Andrew Shalaby v. Bernzomatic/Home Depot, Inc.
   CASE NO. C 06 7026 CW
3
                        **PROOF OF SERVICE**
4
       I am employed in the county of Los Angeles, State of
5  California.  I am over the age of 18 and not a party to the within
   action; my business address is 229 Avenue "I", Second Floor,
6  Redondo Beach, California  90277.

7      On February 23, 2007, I served the foregoing document
   described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
8  JUDGE** on all interested parties in this action as set forth below:

9      Mark D. Epstein
       Alborg, Veiluva & Epstein LLP
10     200 Pringle Avenue, Suite 410
       Walnut Creek, CA 94596
11     (925) 939-9880    FAX (925) 939-9915
       (Attorneys for Plaintiffs, Andrew Shalaby and Sonia Dunn-
12  Ruiz)

13     FACSIMILE - by use of facsimile machine telephone number
   (310)540-8480, I served a copy of the within document, to the  by
14  facsimile numbers set forth above.  The facsimile machine I used
   complied with California Rules of Court, Rule 2004, and no error
15  was reported by the machine.  Pursuant to California Rules of
   Court, Rule 2006(d), I caused the machine to print a transmission
16  record of the transmission, a copy of which is attached to this
   Declaration.
17
       FEDERAL - I declare under penalty of perjury that the
18  foregoing is true and correct, and that I am employed in the
   office of a member of the Bar of this Court at whose direction the
19  service was made.

20     Executed on February 23, 2007, at Redondo Beach, California.

21                    _Deidre A. Picascia_
                      Deidre A. Picascia
22

23

24

25

26

27

28

                              -2-

02/23/2007 15:17
26YE03631
TC:174240

| REMOTE STATION | START | TIME | Pages | RESULT | REMARKS |
|---|---|---|---|---|---|
| 19259399915 | 02-23 15:17 | 00:00 33 | 002/002 | OK | |

REMARKS  TMR:Timer, POL:Poll, TRN:Turn around, 2IN:2in1 Tx, ORG:Original size set, DPG:Book Tx
FME:Frame erase Tx, MIX:Mixed original, CALL:Manual-Com, KRDS:KRDS, FWD:FORWARD
FLP:Flip Side 2, SP:Special Original
FCODE:Fcode, MBX:Confidential, BUL:Bulletin, RLY:Relay, RTX:Re-Tx, PC:PC-FAX
S-OK:Stop communication, Busy:Busy, Cont.:Continue, No ans:No answer
M-full:Memory full, PW-OFF:Power switch OFF, TEL:Rx from TEL

---

1
2                 UNITED STATES DISTRICT COURT
3                NORTHERN DISTRICT OF CALIFORNIA
4  ANDREW SHALABY, an individual, and      )
5  SONIA DUNN-RUIZ, an individual,         )    CASE NO.:  C 06 7026 CW
                                           )
6                        Plaintiff(s),     )    CONSENT TO PROCEED
                                           )    BEFORE A UNITED STATES
7  v.                                      )    MAGISTRATE JUDGE
8  NEWELL RUBBERMAID, INC., ET AL,         )
9                                          )
10                       Defendant(s).     )
11
12        In accordance with the provisions of 28 U.S.C. Section
13  636(c), the below-named party(ies) to the above-captioned
14  civil matter hereby voluntarily waive their rights to proceed
15  before a Judge of the United States District Court and consent
16  to have a United States Magistrate Judge conduct any and all
17  further proceedings in the case, including trial, and order
18  the entry of a final judgment.
19
20
21
22  Dated:  _2 · 23 · 07_        _____
                                       Attorney for _____
23
24                           DECLINATION
25  The below-named party(ies) decline to consent at this time to
26  reference of the above-captioned matter to a United States
27  Magistrate Judge for trial
28
    Dated:  _____      _____
                                       Attorney for _____

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                 NORTHERN DISTRICT OF CALIFORNIA
8
9   ANDREW SHALABY, et al.                    No. C 06 7026 CW
10           Plaintiff(s),                    **CONSENT TO PROCEED BEFORE A**
                                              **UNITED STATES MAGISTRATE JUDGE**
11        v.
    NEWELL RUBBERMAID, INC., et al.
12
13           Defendant(s).
                                        /
14
15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18   proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21   Dated: February 23, 2007
                                             Signature
22
                                             Counsel for  Plaintiffs
23                                           (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ, an individual, | ) ) ) | CASE NO. C 06 7026 CW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | PROTECTIVE ORDER |
| NEWELL RUBBERMAID, INC., et al., | ) ) ) | |
| Defendants. | ) | |

This matter came before the Court upon the stipulation of the parties for the entry of a

protective order concerning the proprietary and confidential information of the Defendant

Bernzomatic, an unincorporated division of Irwin Industrial Tools, Inc. ("Bernzomatic"), the

public release of which, during discovery, could harm Bernzomatic's position in the

marketplace. Upon agreement of the parties, by indication of the signature of their counsel

below, the Court enters the following Protective Order:

In order to preserve and maintain the confidentiality of certain documents to be produced

by Bernzomatic in the above-captioned action or otherwise made available by Bernzomatic it is

hereby ORDERED that:

1.    Documents to be produced by Bernzomatic during discovery in this litigation

contain trade secrets and other confidential research, development and commercial information

of Bernzomatic. These documents are hereafter referred to as "Protected Documents." Except

as otherwise indicated below, all documents that Bernzomatic has designated as "Confidential"

or "Subject to Protective Order" that are produced by Bernzomatic to, or otherwise obtained by

plaintiffs or their respective attorneys, consultants, agents or experts in this action shall be Protected Documents and given confidential treatment as described above.

2.      Protected Documents shall <u>not</u> include (a) advertising materials, (b) materials that on their face show that they have been published to the general public, or (c) documents that have been submitted to any government entity without request for confidential treatment.

3.      Bernzomatic shall only designate materials as "Protected Documents" which contain actual "trade secrets" as defined by California Civil Code § 3426.1(d), and which are of a proprietary business or technical nature that might reasonably pose a commercial disadvantage or reasonably be of value to a competitor or potential customer of Bernzomatic.  Absent a specific order by the Court, once designated as a "Protected Document", such document shall be used by the parties solely in connection with this litigation, and not for any business, competitive, or governmental purpose or function, and such information shall not be disclosed to anyone except as otherwise provided herein.

4.      If Plaintiffs contend that any document has been erroneously designated for treatment as a Protected Document, they shall nevertheless treat the document as a Protected Document unless and until plaintiffs either (a) obtain Bernzomatic's written permission to do otherwise, or (b) obtain an Order of this Court finding that the document is not a Protected Document.

5.      Except with the prior written consent of Bernzomatic or upon further Order of this Court, Plaintiffs or their representatives shall show Protected Documents, and shall disclose the contents thereof, only to the following persons (hereinafter referred to as "Qualified Persons"):

        a)      Plaintiffs themselves;

        b)      Plaintiffs' counsel of record in this action;

c)      Employees of Plaintiffs' counsel whose assistance is needed by counsel for the purposes of this litigation, including but not limited to trial of this action;

d)      Independent experts and consultants retained by Plaintiffs counsel for assistance in this case, including for purposes of preparing for trial, pleadings and motions to be filed with the Court, settlement conferences, mediations, and court ordered proceedings;

e)      the Court;

f)      court reporters employed in connection with this action;

g)      graphics or design services retained by counsel for plaintiffs for purposes of preparing demonstrative or other exhibits for deposition, trial or other court proceedings in this action;

h)      non-technical jury or trial consulting services retained by counsel for plaintiffs;

i)      executives, officers, directors, employees and representatives of Bernzomatic or any affiliated business entity, and/or any person designated to testify at deposition on Bernzomatic's behalf pursuant to Federal Rule of Civil Procedure 30(b)(6); and

j)      any other person upon order of the Court or upon prior written consent of Bernzomatic.

6.      Before being given access to any Protected Document, each Qualified Person to whom Plaintiffs or their representatives intend to deliver, exhibit or disclose any Protected Document or material contained therein shall be advised of the terms of this Order, shall be given a copy of this Order and shall agree in writing in the form attached hereto as Exhibit A, to

3

be bound by its terms. Counsel for Plaintiffs shall maintain a list of all Qualified Persons to whom any Protected Document or material contained therein is provided, and that list shall be available for inspection by the Court.

7.      Plaintiffs' counsel shall keep records of all copies of each Protected Document distributed, in whole or in part, to Qualified Persons. Any copy so distributed shall be returned to counsel for Plaintiffs after the completion of the Qualified Person's consultation or representation in this case.

8.      To the extent that any Protected Document or information obtained therefrom is used in the taking of depositions, such documents or information shall remain subject to the provisions of this Order, along with the transcript pages of the deposition testimony dealing with the Protected Documents or information. Any time any Protected Document is used in any deposition, the reporter will be informed of this Order by Counsel for Plaintiffs and will be required to operate in a manner consistent with this Order, and the reporter shall separately label the confidential portions of the deposition transcript.

9.      All documents that are filed with the Court that contain any portion of any Protected Document or information taken from any Protected Document shall be filed in a sealed envelope or other appropriate sealed container on which shall be endorsed the title to the action to which it pertains, an indication of the nature of the contents of such sealed envelope or other container, the words "Subject to Protective Order" and a statement substantially in the following form:

This envelope is sealed and contains information filed in this case "Subject to a Protective Order by [name of party] and is not to be opened or the contents thereof displayed or revealed except by Order of the Court or pursuant to written stipulation of the parties to this

action. This envelope or container shall not be opened without Order of the Court, except by officers of the Court and counsel of record, who, after reviewing the contents, shall return them to the Clerk in a sealed envelope or container.

10.    Promptly after the conclusion of this action, all Protected Documents, all copies thereof and all excerpts therefrom shall be returned to counsel for Bernzomatic.

11.    Plaintiffs, their counsel, and experts or any other person retained by Plaintiffs to assist in the preparation of this action shall not under any circumstances sell, offer for sale, advertise, or publicize either the contents of the Protected Documents or the fact that Plaintiffs have obtained Bernzomatic confidential documents.

12.    After termination of this litigation, the provisions of this Order shall continue to be binding, except with respect to those documents and information that became a matter of public record. This Court retains and shall have jurisdiction over the parties and recipients of the Protected Documents for enforcement of the provisions of this Order following termination of this litigation.

13.    This Order shall be binding upon the parties hereto, upon their attorneys, and upon the parties' and their attorneys' successors, executors, personal representatives, administrators, heirs, legal representatives, assigns, subsidiaries, divisions, employees, agents, independent contractors, and other persons or organizations over which they have control.

But see Local Rule 79-5.

Dated: 2/27/07

_____
JUDGE

AGREED TO BY:

_____

Mark D. Epstein
Attorney for Plaintiff


_____

J. Phillip Moorhead
Attorney for Defendant

# EXHIBIT A

I, _____, do hereby acknowledge that I have read a copy of

the attached Protective Order, and I agree to be bound by the terms of the order.

Dated this _____ day of _____, 2007.


Signed by:

_____

_____

(PRINT NAME)

**United States District Court**
**For the Northern District of California**

1
2                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5
ANDREW SHALABY, et al.,                    No. C 06-07026 CW
6
          Plaintiffs,                      ORDER OF REFERENCE
7                                          TO MAGISTRATE JUDGE
     v.
8
NEWELL RUBBERMAID, INC., et al.,
9
          Defendants.
10  _____/

11
     Pursuant to Local Rule 72-1 and the consent of parties, IT IS
12
HEREBY ORDERED that the above-captioned case is referred for all
13
further proceedings in the case, including trial, and the entry of
14
a final judgment to a Magistrate Judge to be heard and considered
15
at the convenience of his/her calendar.  The case management dates
16
previously set remain in effect, **except** the pretrial conference and
17
trial dates are vacated and will be reset by the assigned
18
Magistrate Judge.  Dispositive motions shall be heard on or before
19
November 2, 2007, **in accordance with the assigned Magistrate**
20
**Judge's civil law and motion calendar.**  Counsel will be advised of
21
the date, time and place of any appearance by notice from the
22
assigned Magistrate Judge.
23

24

25
Dated: 3/7/07
26                                    _____
                                      CLAUDIA WILKEN
27                                    United States District Judge

28
cc: Wings

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

## March 8, 2007

**CASE NUMBER:  CV 06-07026 CW**
**CASE TITLE:  ANDREW SHALABY-v-NEWELL RUBBERMAID INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable ELIZABETH D. LAPORTE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EDL** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 03/08/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 03/08/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA

1  J. Phillip Moorhead, Esq. (SBN 99445)
   KELLER, PRICE & MOORHEAD
2  229 Avenue I, Second Floor
   Redondo Beach, California 90277-5600
3  Telephone:  (310) 540-1332

4
   Attorneys for Defendant, NEWELL RUBBERMAID INC.
5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  ANDREW SHALABY, an individual, )    CASE NO. C 06 7026 CW
    and   SONIA   DUNN-RUIZ,    an )
11  individual,                    )    Magistrate Judge Elizabeth D.
                                   )    LaPorte
12                 Plaintiffs,     )
                                   )    **STIPULATED   EXTENSION   OF   ADR
13       v.                        )    DEADLINE**
                                   )
14  NEWELL   RUBBERMAID,   INC.,  a )
    Delaware Corporation, THE HOME )
15  DEPOT,    INC.,    a    Delaware )
    Corporation,                   )
16                 Defendants.     )
17  _____ )

18

19

20

21

22

23       All  parties  to  this  action  agree  and  stipulate  that  an

24  extension  of  at  least  90 days  is  needed  for  the  Court-ordered  ADR

25  session  to  be  meaningful  and  productive.   Therefore,  the  parties

26  hereby  respectfully  request  that  the  ADR  date  in  this  matter  be

27  extended  for  approximately  90  days,  or  until  such  date  as  the

28  Court  deems  proper.   The  parties  are  not  seeking  an  extension  of

                                -1-

                STIPULATED EXTENSION OF ADR DEADLINE

any other dates set forth in the Court's February 20, 2007 Minute
Order and Case Management Order.

STIPULATED BY:

DATED:   March 21 , 2007

*[signature]*

Mark D. Epstein (168221)
Attorneys for Plaintiff
Alborg, Veiluva & Epstein LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Phone:    (925) 939-9880
Fax:      (925) 939-9915

DATED:   March 20 , 2007

*[signature]*

J. Phillip Moorhead (99445)
Attorneys for Defendants
Keller, Price & Moorhead
229 Avenue I, Second Floor
Redondo Beach, CA 90277-5600
Phone:    (310) 540-1332
Fax:      (310) 540-8480

-2-

STIPULATED EXTENSION OF ADR DEADLINE

1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10   ANDREW SHALABY, an individual, )    CASE NO. C 06 7026 CW
11   and   SONIA   DUNN-RUIZ,   an )
     individual,                    )     Magistrate Judge Elizabeth D.
12                                  )     LaPorte
                    Plaintiffs,     )
13                                  )     **(PROPOSED) ORDER EXTENDING ADR**
           v.                       )     **DEADLINE**
14                                  )
     NEWELL   RUBBERMAID,   INC.,  a )
15   Delaware Corporation, THE HOME )
     DEPOT,    INC.,    a   Delaware )
16   Corporation,                   )
                    Defendants.     )
17   _____)

18

19        IT IS HEREBY ORDERED that the deadline for the Court-ordered

20   ADR session in this action be extended to allow for a meaningful

21   and productive session.  The ADR session deadline is extended to

22   _____.

23

24                              IT IS SO ORDERED:

25   DATED:
                                _____
26                              Elizabeth D. LaPorte
                                Magistrate Judge
27

28

                                 -1-

                 **(PROPOSED) ORDER EXTENDING ADR DEADLINE**

**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8    ANDREW SHALABY, et al.,

9            Plaintiffs,                    No. C 06-07026 EDL

10    v.                                    ORDER SETTING CASE
                                            MANAGEMENT CONFERENCE
11    NEWELL RUBBERMAID, INC., et al.,
                                            [Reassigned Case]
12            Defendants
                                    /
13

14        TO ALL PARTIES AND COUNSEL OF RECORD:

15        The above-entitled matter having been reassigned to the Honorable Elizabeth D. Laporte,  for

16    trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L. R.

17    16-10, that a Case Management Conference shall be held in this case on **April 17, 2007** at 10:00 a.m.

18    in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

19        The parties shall appear in person or through counsel and shall be prepared to discuss all items

20    referred to in Civil L.R. 16-10.  In view of the recent filing of case management statements, no

21    additional case management statements need be filed.

22    IT IS SO ORDERED.

23

24    Dated:  March 22, 2007                    *Elizabeth D. Laporte*

25                                            ELIZABETH D. LAPORTE
                                              United States Magistrate Judge
26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY, an individual, )<br>and   SONIA   DUNN-RUIZ,   an )<br>individual, )<br>)<br>            Plaintiffs, )<br>)<br>     v. )<br>)<br>NEWELL   RUBBERMAID,   INC.,   a )<br>Delaware Corporation, THE HOME )<br>DEPOT,   INC.,   a   Delaware )<br>Corporation, )<br>            Defendants. )<br>_____ ) | CASE NO. C 06 7026 CW<br><br>Magistrate Judge Elizabeth D. LaPorte<br><br>~~(PROPOSED)~~ ORDER EXTENDING ADR DEADLINE |

IT IS HEREBY ORDERED that the deadline for the Court-ordered ADR session in this action be extended to allow for a meaningful and productive session.  The ADR session deadline is extended to July 25, 2007

IT IS SO ORDERED:

DATED: March 22, 2007

Elizabeth D. LaPorte
Magistrate

IT IS SO ORDERED

Elizabeth D. Laporte

Judge Elizabeth D. Laporte

-1-



1  MICHAEL J. VEILUVA (State Bar No. 100419)
   MARK D. EPSTEIN (State Bar No. 168221)
2  ALBORG, VEILUVA & EPSTEIN LLP
   200 Pringle Avenue, Suite 410
3  Walnut Creek, CA 94596
   Telephone: (925) 939-9880
4  Facsimile: (925) 939-9915

5  Attorneys for Plaintiffs
   Andrew Shalaby and Sonia Dunn-Ruiz
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 ANDREW SHALABY and SONIA DUNN-      Case No. C 06-07026 EDL
   RUIZ,
11                                     REQUEST FOR TELEPHONIC
                                       APPEARANCE AT CASE
12            Plaintiffs,              MANAGEMENT CONFERENCE

13      vs.                            Date:  April 17, 2007
                                       Time:  10:00 a.m.
14 NEWELL RUBBERMAID, INC.,            Judge: The Hon. Elizabeth D. Laporte
   RUBBERMAID, INCORPORATED, and       Ctrm:  E
15 THE HOME DEPOT, INC.,

16            Defendants.

17       I, Mark D. Epstein, counsel of record for plaintiffs Andrew Shalaby and Sonia Dunn-

18 Ruiz in the above-entitled matter, respectfully request the Court's permission to appear by

19 telephone at the case management conference scheduled for April 17, 2007 at 10:00 a.m. in

20 Courtroom E of this Court.  The reason for this request is that I am scheduled to be in San Diego

21 attending the depositions of several witnesses in this case, along with counsel for defendants.

22 Dated: March 27, 2007            Respectfully submitted,

23                                  ALBORG, VEILUVA & EPSTEIN LLP

24                                      /S/
25                              By: _____
                                    MARK D. EPSTEIN
26                                  Attorneys for Plaintiffs

27

28

                                    1                  900725.pld.Reqt for Telephonic Appearance.doc



1  MICHAEL J. VEILUVA (State Bar No. 100419)
   MARK D. EPSTEIN (State Bar No. 168221)
2  ALBORG, VEILUVA & EPSTEIN LLP
   200 Pringle Avenue, Suite 410
3  Walnut Creek, CA 94596
   Telephone: (925) 939-9880
4  Facsimile: (925) 939-9915

5  Attorneys for Plaintiffs
   Andrew Shalaby and Sonia Dunn-Ruiz
6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  ANDREW SHALABY and SONIA DUNN-    Case No. C 06-07026 EDL
    RUIZ,
11                                     **CERTIFICATE OF SERVICE**
              Plaintiffs,
12
13        vs.
14  NEWELL RUBBERMAID, INC.,
    RUBBERMAID, INCORPORATED, and
15  THE HOME DEPOT, INC.,

16            Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

                              1
                                              900725.pos w cover.jb.doc

1

## CERTIFICATE OF SERVICE

2        I, Jan Baerwald, certify and declare as follows:

3        I am over the age of eighteen (18) years and not a party to this action.  My business
address is Alborg, Veiluva & Epstein LLP, 200 Pringle Avenue, Suite 410, Walnut Creek,

4   California 94596, which is located in the City, County and State where the mailing described
below took place.

5

6        On March 27, 2007, I deposited in the United States Mail at Walnut Creek, California,
the document described as **STANDING ORDER RE CASE MANAGEMENT
CONFERENCE**, addressed as follows:

7

8   **Attorneys for Newell Rubbermaid, Inc. and**        J. Phillip Moorhead, Esq.
    **Rubbermaid Inc.**                                 Keller, Price & Moorhead
                                                         Attorneys at Law
9                                                        229 Avenue I, Second Floor
                                                         Redondo Beach, CA 90277-5600
10

11                                                       Beth S. Naylor, Esq.
                                                         Frost, Brown & Todd, LLC
12                                                       2200 PNC Center
                                                         201 East Fifth Street
13                                                       Cincinnati, OH 45202

14        I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct and that this declaration was executed in Walnut Creek, California on March 27,
15   2007.

16                                                       /s/

17                                                       JAN BAERWALD

18

19

20

21

22

23

24

25

26

27

28

900725.pos w cover.jb.doc

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ANDREW SHALABY and SONIA
     DUNN-RUIZ,
9                                          No. C06-07026  EDL
                Plaintiffs,
10                                         **ORDER GRANTING APPLICATION  TO**
                                           **APPEAR TELEPHONICALLY**
11       v.

12   NEWELL RUBBERMAID, INC., et al.,

13              Defendants.
     _____/

14
15          On March 28, 2007, Plaintiffs' and Defendants' counsel filed a request to appear

16   telephonically at the initial case management conference set for April 17, 2007 at 10:00 a.m. Good

     cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the
17
     following caution.   The court disfavors telephonic appearances because the technology prevents the
18
     court from addressing a question to the parties or making a comment or ruling whenever any
19
     participant speaks at length.  Accordingly, the parties shall only speak in response to a direct
20
     question from the court and shall pause at regular intervals to allow the court to comment on the
21
     information presented.  If the court wishes to hear a response by the opposing party, the court will
22
     inform the party from whom information is requested.  No party shall attempt to present information
23
     without a request from the court. If the parties cannot follow the rules set forth in this order, or at
24
     the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing
25
     date will be set for personal appearances.
26
     //
27   //
28

United States District Court
For the Northern District of California

1    Counsel shall stand by beginning at the date and time above until called by the Court. No later

2    than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to

3    provide the Court with a direct dial number to call on for this appearance.

4

5    Dated: April 3, 2007

6    _____
     ELIZABETH D. LAPORTE
7    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1  J. Phillip Moorhead, Esq. (SBN 99445)
   KELLER, PRICE & MOORHEAD
2  229 Avenue I, Second Floor
   Redondo Beach, California 90277-5600
3  Telephone:  (310) 540-1332

4

   Attorneys for Defendants, NEWELL RUBBERMAID INC. and HOME DEPOT
5  U.S.A., INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 ANDREW SHALABY, an individual, )    CASE NO. C 06 7026 EDL
   and  SONIA  DUNN-RUIZ,  an )
12 individual,                    )    Magistrate Judge Elizabeth D.
                                  )    LaPorte
13                Plaintiffs,     )
                                  )    REQUEST    FOR    TELEPHONIC
14      v.                        )    APPEARANCE AT CASE MANAGEMENT
                                  )    CONFERENCE
15 NEWELL  RUBBERMAID,  INC.,  a )
   Delaware Corporation, THE HOME )   Date:    April 17, 2007
16 DEPOT,  INC.,  a  Delaware )       Time:    10:00 a.m.
   Corporation,                   )   Place:   Courtroom E
17                Defendants.     )
   _____)
18

19

20      I, J. Phillip Moorhead, counsel of record for Defendants,

21 Newell Rubbermaid Inc. and Home Depot U.S.A., Inc., in the above-

22 referenced matter, respectfully request the Court's permission to

23 appear by telephone at the case management conference scheduled

24 for April 17, 2007, at 10:00 a.m., in Courtroom E of this Court.

25 The reason for this request is that I am scheduled to be in San

26 Diego attending the depositions of several witnesses in this case,

27 along with counsel for Plaintiff.

28      Defendants, Newell Rubbermaid Inc. and Home Depot U.S.A.,

                              -1-

   REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

Inc., also request that this Court permit a telephonic appearance on behalf of the clients' representative at the case management conference by Beth Naylor, Esq. of the law firm of Frost Brown Todd, 2200 PNC Center, 201 East 5th Street, Cincinnati, Ohio 45202; telephone number (513) 651-6726.

DATED:  April 4, 2007

Respectfully submitted,

KELLER, PRICE & MOORHEAD

J. Phillip Moorhead
Attorneys for Defendants
NEWELL RUBBERMAID INC., and HOME DEPOT U.S.A., INC.

-2-

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
2  <u>Andrew Shalaby v. Bernzomatic/Home Depot, Inc.</u>
   CASE NO. C 06 7026 CW
3
                      **PROOF OF SERVICE**
4
        I am employed in the county of Los Angeles, State of
5  California.  I am over the age of 18 and not a party to the within
   action; my business address is 229 Avenue "I", Second Floor,
6  Redondo Beach, California  90277.

7       On April 4, 2007, I served the foregoing document described as
   **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** on
8  all interested parties in this action as set forth below:

9
        Mark D. Epstein
10      Alborg, Veiluva & Epstein LLP
        200 Pringle Avenue, Suite 410
11      Walnut Creek, CA 94596
        (925) 939-9880    FAX (925) 939-9915
12      (Attorneys for Plaintiffs, Andrew Shalaby and Sonia Dunn-Ruiz)

13
        FACSIMILE - by use of facsimile machine telephone number
14 (310)540-8480, I served a copy of the within document, to the   by
   facsimile numbers set forth above.  The facsimile machine I used
15 complied with California Rules of Court, Rule 2004, and no error
   was reported by the machine.  Pursuant to California Rules of
16 Court, Rule 2006(d), I caused the machine to print a transmission
   record of the transmission, a copy of which is attached to this
17 Declaration.

18      FEDERAL - I declare under penalty of perjury that the
   foregoing is true and correct, and that I am employed in the office
19 of a member of the Bar of this Court at whose direction the service
   was made.
20
        Executed on April 4, 2007, at Redondo Beach, California.
21
                          _Deidre A. Picascia_
22                        Deidre A. Picascia

23

24

25

26

27

28

                              -3-

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1   J. Phillip Moorhead, Esq. (SBN 99445)
    KELLER, PRICE & MOORHEAD
2   229 Avenue I, Second Floor
    Redondo Beach, California 90277-5600
3   Telephone:  (310) 540-1332

4

    Attorneys for Defendants, NEWELL RUBBERMAID INC. and HOME DEPOT
5   U.S.A., INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  ANDREW SHALABY, an individual, )    CASE NO. C 06 7026 EDL
    and   SONIA   DUNN-RUIZ,   an )
12  individual,                    )    Magistrate Judge Elizabeth D.
                                   )    LaPorte
13                  Plaintiffs,    )
                                   )    REQUEST   FOR   TELEPHONIC
14      v.                         )    APPEARANCE AT CASE MANAGEMENT
                                   )    CONFERENCE
15  NEWELL  RUBBERMAID,  INC.,  a )
    Delaware Corporation, THE HOME )    Date:    April 17, 2007
16  DEPOT,   INC.,   a   Delaware )     Time:    10:00 a.m.
    Corporation,                   )    Place:   Courtroom E
17                  Defendants.    )
    _____)

18

19

20        I, J. Phillip Moorhead, counsel of record for Defendants,

21  Newell Rubbermaid Inc. and Home Depot U.S.A., Inc., in the above-

22  referenced matter, respectfully request the Court's permission to

23  appear by telephone at the case management conference scheduled

24  for April 17, 2007, at 10:00 a.m., in Courtroom E of this Court.

25  The reason for this request is that I am scheduled to be in San

26  Diego attending the depositions of several witnesses in this case,

27  along with counsel for Plaintiff.

28        Defendants, Newell Rubbermaid Inc. and Home Depot U.S.A.,

                              -1-

    REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

Inc., also request that this Court permit a telephonic appearance on behalf of the clients' representative at the case management conference by Beth Naylor, Esq. of the law firm of Frost Brown Todd, 2200 PNC Center, 201 East 5th Street, Cincinnati, Ohio 45202; telephone number (513) 651-6726.


DATED:  April 4, 2007          Respectfully submitted,

                               KELLER, PRICE & MOORHEAD


                               J. Phillip Moorhead
                               Attorneys for Defendants
                               NEWELL RUBBERMAID INC., and HOME
                               DEPOT U.S.A., INC.

-2-

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
2  Andrew Shalaby v. Bernzomatic/Home Depot, Inc.
   CASE NO. C 06 7026 CW
3
                        **PROOF OF SERVICE**
4
        I am employed in the county of Los Angeles, State of
5  California.  I am over the age of 18 and not a party to the within
   action; my business address is 229 Avenue "I", Second Floor,
6  Redondo Beach, California  90277.

7       On April 4, 2007, I served the foregoing document described as
   **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** on
8  all interested parties in this action as set forth below:

9
        Mark D. Epstein
10       Alborg, Veiluva & Epstein LLP
        200 Pringle Avenue, Suite 410
11       Walnut Creek, CA 94596
        (925) 939-9880    FAX (925) 939-9915
12       (Attorneys for Plaintiffs, Andrew Shalaby and Sonia Dunn-Ruiz)

13
        FACSIMILE - by use of facsimile machine telephone number
14  (310)540-8480, I served a copy of the within document, to the   by
   facsimile numbers set forth above.  The facsimile machine I used
15  complied with California Rules of Court, Rule 2004, and no error
   was reported by the machine.  Pursuant to California Rules of
16  Court, Rule 2006(d), I caused the machine to print a transmission
   record of the transmission, a copy of which is attached to this
17  Declaration.

18      FEDERAL - I declare under penalty of perjury that the
   foregoing is true and correct, and that I am employed in the office
19  of a member of the Bar of this Court at whose direction the service
   was made.
20
        Executed on April 4, 2007, at Redondo Beach, California.
21
                          _Deidre A. Picascia_
22                        Deidre A. Picascia

23

24

25

26

27

28

                                -3-

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE