## UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

November 5, 2007

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RE: Shalaby et al v Newell Rubbermaid Inc, et al

You are hereby notified that the above entitled case was on 10/30/07 transferred from the Northern District of California to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initials of the assigned Judges. The case has been assigned to the Honorable Thomas J Whelan, and the Honorable Louisa S. Porter and on all future filings please show the case number as 07cv2107-W-POR.

W. Samuel Hamrick, Jr.
Clerk of Court

By:      L Odierno
         Deputy Clerk