| | |
|---|---|
| Lowell T. Carruth, # 034065<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:     (559) 433-2300<br>Email: lowell.carruth@mccormickbarstow.com | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Third-Party Defendant/Cross-claimant
WESTERN INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IRWIN INDUSTRIAL TOOL COMPANY, THE HOME DEPOT, INC., and DOES 2 through 100, inclusive,<br><br>Defendants.<br><br>WESTERN INDUSTRIES, INC.,<br><br>Cross-claimant,<br><br>v.<br><br>WORTHINGTON CYLINDER ACQUISITION, LLC, and WORTHINGTON CYLINDER CORPORATION,<br><br>Cross-Defendants. | Case No. 07-CV-2107-W (POR)<br><br>**WESTERN INDUSTRIES, INC.'S CROSS-CLAIM FOR INDEMNIFICATION**<br><br>Judge:     The Hon. Thomas J. Whelan |

COMES NOW Cross-claimant WESTERN INDUSTRIES, INC., and alleges as follows:

1.     On or about September 17, 2004, Cross-claimant WESTERN INDUSTRIES, INC., and Cross-Defendants WORTHINGTON CYLINDER ACQUISITION, LLC, and WORTHINGTON CYLINDER CORPORATION entered into an Asset Purchase

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

WESTERN INDUSTRIES' CROSS-CLAIM FOR INDEMNIFICATION   07-CV-2107 W POR

1  Agreement, which was to be effective as of September 1, 2004.

2. Under the terms of said Agreement, Cross-claimant sold to Cross-defendants its propane and specialty gas cylinder business, which included the manufacture and sale of what is known as MAPP gas cylinders, which further included its contract with Newell Operating Company to manufacture and sell BERNZOMATIC labeled cylinders containing MAPP gas.

3. Other provisions in the contract involved the assumption of post-closing liabilities. The contract provided as follows:

> All liabilities and obligations arising out of the operations of business from and after the closing date, including without limitation claims of third parties for damages or injuries suffered as a result of defective products produced by the business and sold by the purchaser on or after the closing date. For purposes of this Section 1.09(f), any products with a manufacture date of thirty (30) days prior to the closing date (the "manufacture cut-off date") or later, as stamped on the product, shall be deemed to have been sold by purchaser or one of its affiliates on or after the closing date. Further, if such manufacture date cannot be ascertained from a stamp on such product or otherwise and the relevant occurrence occurred on a date that is ninety (90) calendar days after the closing date, such product shall be deemed to have been sold by purchaser on or after the closing date.

4. In or about June, 2007, Plaintiffs ANDREW SHALABY and SONIA DUNN-RUIZ filed a First Amended Complaint, a copy of which is attached hereto, marked as Exhibit "A" and incorporated herein by reference.

5. In or about June, 2007, an Answer was filed by BERNZOMATIC and the HOME DEPOT, INC. to said First Amended Complaint. Attached hereto and marked as Exhibit "B" is a copy of said Answer.

6. In or about June, 2007, a Third-Party Complaint on behalf of BERNZOMATIC, an unincorporated division of IRWIN INDUSTRIAL TOOL COMPANY, was filed, naming WESTERN INDUSTRIES, INC., and WORTHINGTON INDUSTRIES as the third-party defendants. Attached hereto and marked as Exhibit "C" is a copy of said Third-party Complaint.

7. The accident which is referred to in all of said pleadings, occurred on April 21, 2006. Said accident occurred far beyond ninety (90) days from the closing date of the transfer

of the assets and liabilities from Cross-claimant to Cross-defendants. As set forth in the attached pleadings, the date of manufacture of the cylinder in question cannot be ascertained since it has been destroyed.

8. If it is determined that Cross-claimant is liable to Third-party Plaintiff BERNZOMATIC on the basis of any contractual indemnity which existed in April 2006, then Cross-claimant is entitled to be fully indemnified by Cross-defendants pursuant to the terms of said written agreement.

WHEREFORE, Cross-claimant WESTERN INDUSTRIES, INC., seeks indemnity from Cross-defendants including, but not limited to, any judgment which may be rendered against it and further including, but not limited to, all attorneys' fees and costs which it may incur if it is found responsible in any manner to Third-party Plaintiff BERNZOMATIC; for costs of suit incurred in defending this matter; and for such other and further relief as the Court may deem just and proper.

Dated: December 7, 2007

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ Lowell T. Carruth
Lowell T. Carruth
Attorneys for Third-Party
Defendant/Cross-claimant
WESTERN INDUSTRIES, INC.

03664/00161-1168559.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

WESTERN INDUSTRIES' CROSS-CLAIM FOR INDEMNIFICATION 07-CV-2107 W POR