Lowell T. Carruth, # 034065
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:	(559) 433-1300
Facsimile:	(559) 433-2300
Email: lowell.carruth@mccormickbarstow.com

Attorneys for Third-Party Defendant/Cross-claimant
WESTERN INDUSTRIES, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IRWIN INDUSTRIAL TOOL COMPANY, THE HOME DEPOT, INC., and DOES 2 through 100, inclusive,<br><br>Defendants. | Case No.  3:07-CV-02107-W (POR)<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br>Judge:	The Hon. Thomas J. Whelan |
| AND RELATED ACTIONS. | |

I, Peggy Maffei, declare as follows:

1.	I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.

2.	My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501.

3.	On December 7, 2007, on behalf of Western Industries, Inc., I served a copy of the **ANSWER TO THIRD-PARTY COMPLAINT; DEMAND FOR TRIAL BY JURY** and **WESTERN INDUSTRIES, INC.'S CROSS-CLAIM FOR INDEMNIFICATION** by placing said documents in a sealed envelope with postage thereon fully prepaid, in the United States mail

1  at Fresno California, addressed as follows:

2      Cathleen Shu-Chia Huang
    Bowles & Verna
3      2121 N. California Blvd., Suite 875
    Walnut Creek, CA 94596

4

5      J. Phillip Moorhead
    Keller, Price and Moorhead
    229 Ave. I, 2nd Fl.
6      Redondo Beach, CA 90277

7      4.    I am readily familiar with the firm's practice of collection and processing

8  correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal

9  Service on that same day with postage thereon fully prepaid in the ordinary course of business. I

10  am aware that on motion of the party served, service is presumed invalid if postal cancellation

11  date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12      I declare that I am employed in the office of a member of the bar of this court at whose

13  direction the service was made. Executed on December 7, 2007 at Fresno, California.

16                                /s/ Peggy Maffei
                                Peggy Maffei

18  03664/00161-1168762.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

CERTIFICATE OF SERVICE BY MAIL     07-CV-2107 W POR