Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC 13 PM 4: 35

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA

BY _PDV_ DEPUTY

SEE ATTACHED

vs

SUMMONS ON CROSS-CLAIM
IN A CIVIL ACTION
Case No. 3:07-CV-02107 W (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon CROSS-CLAIMANT'S ATTORNEY

Lowell T. Carruth, Esq. #034065
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
P. O. Box 28912
Fresno, CA 93729-8912
(559) 433-1300
Fax: (559) 433-2300

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DEC 1 3 2007
DATE

By P. DELACRUZ, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ATTACHMENT TO SUMMONS
U.S.D.C. Case No. 3:07-CV-02107 W (POR)

| |
|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ, an individual,<br><br>           Plaintiffs,<br><br>v.<br><br>IRWIN INDUSTRIAL TOOL COMPANY, THE HOME DEPOT, INC., and DOES 2 through 100, inclusive,<br><br>           Defendants. |
| BERNZOMATIC,<br><br>           Cross-Complainant,<br><br>v.<br><br>WESTERN INDUSTRIES, INC., WORTHINGTON INDUSTRIES, AND ROES 2 through 100, inclusive,<br><br>           Cross-Defendants. |
| WESTERN INDUSTRIES, INC.,<br><br>           Cross-claimant,<br><br>v.<br><br>WORTHINGTON CYLINDER ACQUISITION, LLC, and WORTHINGTON CYLINDER CORPORATION,<br><br>           Cross-Defendants. |