UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALABY, ET AL,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEWELL RUBBERMAID, INC. ET AL,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   07cv2107-W (POR)<br><br>**ORDER REGARDING ATTENDANCE OF CORPORATE COUNSEL AT THE EARLY NEUTRAL EVALUATION** |

On January 3, 2008, the Court received the attached letter from third party defendant Worthington Industries, Inc. ("Worthington"). Third party defendant Worthington requests that Tim Doney, Assistant General Counsel for Worthington, be permitted to represent it at the Early Neutral Evaluation set for January 16, 2008.

The Court's Notice and Order Regarding Early Neutral Evaluation, dated November 19, 2007, specifically states that "[c]orporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement." Although Mr. Doney makes the final decision on almost all settlements, it appears he must consult with other company executives. Therefore, while Mr. Doney may attend the Early Neutral Evaluation, the person(s) he must confer with must also be in attendance in accordance with

///

///

///

///

- 1 -

1 | the Court's order.

2 | **IT IS SO ORDERED.**

4 | DATED: January 4, 2008

_(signature)_
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Thomas J. Whelan
      all parties