1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10   SHALABY, ET AL,                          Civil No.    07cv2107-W (POR)

11                              Plaintiff,    **ORDER REGARDING ATTENDANCE**
                                              **OF CORPORATE COUNSEL AT THE**
12        v.                                  **EARLY NEUTRAL EVALUATION**

13   NEWELL RUBBERMAID, INC. ET AL,

14                              Defendant.

15        On January 3, 2008, the Court received the attached letter from third party defendant

16   Worthington Industries, Inc. ("Worthington").  Third party defendant Worthington requests that Tim

17   Doney, Assistant General Counsel for Worthington, be permitted to represent it at the Early Neutral

18   Evaluation set for January 16, 2008.

19        The Court's Notice and Order Regarding Early Neutral Evaluation, dated November 19,

20   2007, specifically states that "[c]orporate counsel and/or retained outside corporate counsel **shall**

21   **not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a

22   settlement."  Although Mr. Doney makes the final decision on almost all settlements, it appears he

23   must consult with other company executives.  Therefore, while Mr. Doney may attend the Early

24   Neutral Evaluation, the person(s) he must confer with must also be in attendance in accordance with

25   ///

26   ///

27   ///

28   ///

07cv2107

1    the Court's order.

2    **IT IS SO ORDERED.**

3

4    DATED:  January 4, 2008

5

6                                    LOUISA S PORTER
                                     United States Magistrate Judge
7

8    cc:        The Honorable Thomas J. Whelan
9               all parties

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2107