UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALABY, ET AL,<br><br>    Plaintiff,<br><br>v.<br><br>NEWELL RUBBERMAID, INC. ET AL,<br><br>    Defendant. | Civil No.   07cv2107-W (POR)<br><br>**ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE** |

On February 21, 2008, counsel for all parties contacted the Court and requested that the Mandatory Settlement Conference currently set for July 28, 2008 be rescheduled. Counsel for Third Party Defendant Worthington Industries represented that the representative from Worthington Industries is unable to attend the conference on July 28, 2008. Based thereon and counsel's stipulation, the conference is hereby rescheduled to **July 21, 2008** at **10:00 a.m.**, in the chambers of the Honorable Louisa S. Porter. Counsel shall lodge settlement statements, if any, directly with the chambers of Judge Porter via email to **efile_porter@casd.uscourts.gov** on or before **July 16, 2008**. The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable. The parties shall exchange settlement statements. The settlement statements **shall not** be filed with the Clerk of the Court.

All parties and claims adjusters for insured defendants and representatives with complete authority to enter into a binding settlement, as well as the principal attorney(s) responsible for the

litigation, *must be present* and legally and factually prepared to discuss and resolve the case at the mandatory settlement conference. Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. All conference discussions will be informal, off the record, privileged and confidential.

Mandatory settlement conferences shall not be rescheduled without a showing of good cause and adequate notice to the Court. If counsel wish to reschedule this conference, they shall contact the Court at least ten days prior to the conference. Absent exceptional circumstances, the Court will not reschedule this conference with less than ten 10 days' notice. <u>Only in extreme circumstances will the Court reschedule a mandatory settlement conference with less than 24 hours' notice.</u>

**IT IS SO ORDERED.**

DATED: February 21, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Thomas J. Whelan
      all parties