UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALABY, ET AL,<br><br>                              Plaintiff,<br><br>         v.<br><br>NEWELL RUBBERMAID, INC. ET AL,<br><br>                              Defendant. | Civil No.   07cv2107-W (POR)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

On March 24, 2008, the Court held a Settlement Conference. Appearing before the Court were: Mark Epstein, Esq. and Tom Alborg, Esq., counsel for Plaintiff; John Moorhood, Esq., counsel for Defendant Newell Rubbermaid Inc.; Lowell Carruth, Esq., counsel for Third Party Defendant Western Industries, Inc.; and Cathleen Huang, Esq., counsel for Third Party Defendant Worthington Industries. Based on discussions with counsel, the Court hereby confirms the dates set forth in its orders dated January 17, 2008 and February 22, 2008.

**IT IS SO ORDERED.**

DATED: March 27, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Thomas J. Whelan
    all parties