```
 1  HOLLAND & KNIGHT LLP
       Shelley G. Hurwitz (State Bar #217566)
 2  633 West Fifth Street, 21st Floor
    Los Angeles, California 90071-2040
 3  Telephone (213) 896-2400
    Facsimile (213) 896-2450
 4  shelley.hurwitz@hklaw.com

 5
    Attorneys for Defendants
 6  NEWELL RUBBERMAID, INC., THE HOME DEPOT, INC.,
    BERNZOMATIC, an unincorporated Division of Irwin Industrial Tools,
 7  IRWIN INDUSTRIAL TOOL COMPANY

 8

 9
                    UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11
```

| | |
|---|---|
| 12  ANDREW SHALABY, an individual, and SONIA DUNN-<br>13  RUIZ, an individual, | Case No.: 3:07-cv-02107-W-POR |
| 14           Plaintiffs | **NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER** |
| 15      v. | |
| 16  IRWIN INDUSTRIAL TOOL COMPANY, THE HOME DEPOT,<br>17  INC.; and DOES 2 through 100, inclusive, | **Judge:** Hon. Thomas J. Whelan<br>**Courtroom:** 7 |
| 18           Defendants. | |
| 19 | |
| 20 _____ | |
| 21  BERNZOMATIC, | |
| 22           Cross-Complainant, | |
| 23      v. | |
| 24  WESTERN INDUSTRIES, INC., WORTHINGTON INDUSTRIES,<br>25  AND ROES 2 through 100, inclusive, | |
| 26 | |
| 27           Cross-Defendants | |
| 28 _____ | |

**THE COURT AND ALL PARTIES HEREIN ARE NOTIFIED THAT:**

NEWELL RUBBERMAID, INC., RUBBERMAID, INC., THE HOME DEPOT, INC., BERNZOMATIC, an unincorporated Division of Irwin Industrial Tools, and IRWIN INDUSTRIAL TOOL COMPANY make the following substitution:

1. Present legal representative: Keller, Price & Moorehead by J. Philip Moorhead, California State Bar No. 99445, 229 Avenue I, Second Floor, Redondo Beach, California, Telephone (310) 540-1332, Facsimile, (310) 540-8480 jpm@kpmlawyers.com.

2. New legal representative: Holland & Knight LLP by Shelley G. Hurwitz, California State Bar No. 217566, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, Telephone (213) 896-2400, Facsimile (213) 896-2450, shelley.hurwitz@hklaw.com.

3. New legal representative Shelley G. Hurwitz of Holland & Knight LLP will also be the new designated local counsel for the pro hac admission of Beth Naylor, Frost Brown Todd, 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio, 45202 (513) 651-6726, which admission was granted on January 29, 2008.

4. Consents to the substitution.

    a. I consent to this substitution, and to the designation as local counsel for Beth Naylor.

Dated: June 19, 2008

Shelley G. Hurwitz
New Attorney

b. I consent to this substitution.

Dated: June 18, 2008         _____
                             J. Philip Moorhead
                             Present Attorney

c. I consent to this substitution.

Dated: June 17, 2008         _____
                             Maxine Schroll
                             Parties' Authorized Representative

d. I consent to this substitution.

Dated: June 11, 2008         _____
                             Beth Naylor

IT IS SO ORDERED

Dated:_____

_____

# 5390795_v1

<u>Andrew Shalaby v Irwin Industrial Tool Company, et al.</u>
United States District Court, Southern District of CA (San Diego)
Case No. 3:07-cv-02107-W-POR

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                                              ) ss.
COUNTY OF LOS ANGELES  )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

    On **June 20, 2008**, I served the document described as **NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

SEE ATTACHED SERVICE LIST

<u>X</u>    **BY MAIL**
Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight, LLP 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 20, 2008, at Los Angeles, California.

*[signature]*
Gloria Hoshiko

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Mark D. Epstein<br>Alborg, Veiluva & Epstein LLP<br>200 Pringle Avenue, Suite 410<br>Walnut Creek, CA 94596<br>(925) 939-9880<br>(925) 939-9915 - Fax<br><br>Attorneys for Plaintiffs | Richard A. Ergo<br>Cathleen S. Huang<br>Bowles & Verna LLP<br>2121 North California Boulevard, Suite 875<br>Walnut Creek, CA 94596<br>(925) 935-3300<br>(925) 935-0371 – Fax<br><br>Attorneys for Worthington Industries |

Lowell T. Carruth
McCormick Barstow LLP
5 River Park Place East
P.O. Box 28912
Fresno, CA 93720-1501
(559) 433-1300
(559) 433-2300 – Fax

Attorneys for Western Industries, Inc.

PROOF OF SERVICE