UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ANDREW SHALABY, an individual, and )
SONIA DUNN-RUIZ, an individual )
        Plaintiff )
)
vs. )  Case No. 07-CV-2107 W POR
)
NEWELL RUBBERMAID, INC., et. al. )  PRO HAC VICE APPLICATION
)  Newell Rubbermaid, Inc.; Rubbermaid, Inc.;
        Defendant )  The Home Depot, Inc.; Bernzomatic;
_____ )  Party Represented Irwin Industrial Tool Company

I, Douglas R. Dennis_____ hereby petition the above entitled court to permit me
     (Applicant)
to appear and participate in this case and in support of petition state:

    My firm name:    Frost Brown Todd LLC
    Street address:    2200 PNC Center, 201 E. Fifth Street
    City, State, ZIP:    Cincinnati, OH 45202
    Phone number:    (513) 651-6727

That on 1995_____ I was admitted to practice before State Court of Ohio
      (Date)                                       (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application    ☐ granted    ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

                                                        (Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Shelley G. Hurwitz                          (213) 896-2400
(Name)                                               (Telephone)
Holland & Knight LLP
(Firm)
633 W. Fifth Street, 21st Floor        Los Angeles, California        90071
(Street)                                    (City)                           (Zip code)

                                                  Signature of Applicant

[FILED JUL 3 - 2008, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY DEPUTY — ORIGINAL stamp]

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

**RECEIVED**
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ 152347  $180 DEPUTY

Date 7/3/08

It is so Ordered

_____

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

<u>Andrew Shalaby v Newell Rubbermaid, Inc., et al.</u>
United States District Court, Southern District of CA (San Diego)
Case No. 3:07-cv-02107-W-POR

## **PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

     On **June 24, 2008**, I served the document described as **PRO HAC VICE APPLICATION (Douglas Dennis)** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

SEE ATTACHED SERVICE LIST

X    **BY MAIL**
Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight, LLP 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 24, 2008, at Los Angeles, California.

_____
Gloria Hoshiko

PROOF OF SERVICE

## SERVICE LIST

Mark D. Epstein
Alborg, Veiluva & Epstein LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA  94596
(925) 939-9880
(925) 939-9915 - Fax

Attorneys for Plaintiffs

Lowell T. Carruth
McCormick Barstow LLP
5 River Park Place East
P.O. Box 28912
Fresno, CA  93720-1501
(559) 433-1300
(559) 433-2300 – Fax

Attorneys for Western Industries, Inc.

Richard A. Ergo
Cathleen S. Huang
Bowles & Verna LLP
2121 North California Boulevard, Suite 875
Walnut Creek, CA  94596
(925) 935-3300
(925) 935-0371 – Fax

Attorneys for Worthington Industries