FILED
JUL - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALABY, ET AL,<br>Plaintiff,<br>v.<br>NEWELL RUBBERMAID, INC. ET AL,<br>Defendant. | Civil No. 07cv2107-W (POR)<br>**ORDER REGARDING ATTENDANCE OF INSURANCE REPRESENTATIVE AT MANDATORY SETTLEMENT CONFERENCE** |

The Court has received a letter, dated June 9, 2008, from counsel for Third-Party Defendant/Cross-claimant Western Industries, Inc. ("Western") wherein counsel requests to have an insurance representative appear at the Mandatory Settlement Conference set for July 21, 2008, in lieu of a representative from Western. Subsequently, the Court received a letter, dated June 19, 2008, from counsel for Plaintiff Shalaby requesting that the Court deny the request by Western's counsel.

After considering the parties' letters, the Court hereby GRANTS Western's request to have an insurance representative appear at the July 21, 2008 Mandatory Settlement Conference in lieu of a representative from Western. Although a representative of Western need not appear in person at the conference, a representative of Western shall be available by telephone on the day of the conference.

**IT IS SO ORDERED.**

DATED: July 7, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Thomas J. Whelan
all parties