Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile (213) 896-2450
Email: shelley.hurwitz@hklaw.com

Beth S. Naylor (*admitted pro hac vice*)
Douglas R. Dennis (*pro hac vice pending*)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6727
Facsimile: (513) 651-6981
Email: ddennis@fbtlaw.com

Attorney for Defendants IRWIN INDUSTRIAL TOOL COMPANY, INC.
and THE HOME DEPOT, INC. and Third-Party Plaintiff BERNZOMATIC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ an individual,<br><br>Plaintiffs,<br>vs.<br><br>IRWIN INDUSTRIAL TOOL COMPANY, THE HOME DEPOT, INC., and DOES 2 through 100, inclusive,<br>Defendants. | Case No.: 07-CV-2107 W POR<br><br>**JOINT MOTION TO CONTINUE DATES RELATING TO EXPERT WITNESSES**<br><br>Judge: Thomas J. Whelan |
| BERNZOMATIC,<br><br>Third Party Plaintiff,<br>vs.<br><br>WESTERN INDUSTRIES, INC., WORTHINGTON INDUSTRIES, AND ROES 2 through 100, inclusive,<br><br>Third Party Defendants. | |

CASE NO.: 07-CV-2107 W POR             1
STIPULATION

Plaintiffs ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ an individual, defendants IRWIN INDUSTRIAL TOOL COMPANY, INC., and THE HOME DEPOT, INC., third-party plaintiff BERNZOMATIC, and third-party defendants WESTERN INDUSTRIES, INC. and WORTHINGTON INDUSTRIES (collectively, "the Parties"), hereby stipulate as follows:

1. The parties enter into this stipulation to continue the dates relating to expert witnesses. The parties are not requesting a continuance of any other dates.

2. On October 30, 2007, this case was transferred to this Court from the Northern District of California.

3. On January 16, 2008, the Court issued a Scheduling Order Regulating Discovery and Other Pretrial Proceedings (the "Scheduling Order"). The Scheduling Order set the following dates:

    a. Disclosure of Expert Witness Reports: July 3, 2008

    b. Disclosure of Supplemental Expert Reports: July 18, 2008

    c. Deadline to Complete Expert Discovery: August 8, 2008

4. The parties and their experts have been working diligently to comply with the deadlines set forth above. The parties are prepared to disclose their liability expert reports by the July 3, 2008 deadline set forth in the Scheduling Order.

5. However, plaintiff's designated expert, Adam J. Goldyne, MD, advised plaintiffs that he is suffering from serious health problems that are requiring him to take several different medications, which in turn are preventing him from doing any significant amount of work such that he will be unable to prepare his written report on plaintiff by the deadline set forth in the Scheduling Order. In consideration of this, all parties have agreed to modify the expert deadlines set forth in the Scheduling Order as follows below.

    a. Disclosure of Liability Expert Witness Reports: July 3, 2008

    b. Disclosure of Damages Expert Witness Reports: July 24, 2008

1         c.    Disclosure of Supplemental Expert Reports on Liability: July 18, 2008

2         d.    Disclosure of Supplemental Expert Reports on Damages: August 1, 2008

3         e.    Deadline to Complete Expert Discovery: September 5, 2008

5.  The parties respectfully request that the Court modify the Scheduling Order accordingly.

Dated: July___, 2008                            ALBORG VEILUVA & EPSTEIN

*See attached*
MARK D. EPSTEIN
Attorney for Plaintiffs
ANDREW SHALABY and SONIA DUNN-RUIZ

Dated: July 8, 2008                                 HOLLAND & KNIGHT LLP

SHELLEY G. HURWITZ
Attorney for Defendants
IRWIN INDUSTRIAL TOOL COMPANY, INC.
and THE HOME DEPOT, INC. and Third-Party
Plaintiff BERNZOMATIC

Dated: July 3, 2008                                 BOWLES & VERNA

RICHARD ERGO
Attorney for Third-Party Defendants
WORTHINGTON INDUSTRIES

CASE NO.: 07-CV-2107 W POR      3
STIPULATION

  c. Disclosure of Supplemental Expert Reports on Liability: July 18, 2008

  d. Disclosure of Supplemental Expert Reports on Damages: August 1, 2008

  e. Deadline to Complete Expert Discovery: September 5, 2008

5. The parties respectfully request that the Court modify the Scheduling Order accordingly.

Dated: July 7, 2008        ALBORG VEILUVA & EPSTEIN

                    /s/ Mark D. Epstein
                    MARK D. EPSTEIN
                    Attorney for Plaintiffs
                    ANDREW SHALABY and SONIA DUNN-RUIZ

Dated: July __, 2008        HOLLAND & KNIGHT LLP

                    See foregoing
                    SHELLEY G. HURWITZ
                    Attorney for Defendants
                    IRWIN INDUSTRIAL TOOL COMPANY, INC.
                    and THE HOME DEPOT, INC. and Third-Party
                    Plaintiff BERNZOMATIC

Dated: July __, 2008        BOWLES & VERNA

                    See foregoing
                    RICHARD ERGO
                    Attorney for Third-Party Defendants
                    WORTHINGTON INDUSTRIES

CASE NO.: 07-CV-2107 W POR    3
STIPULATION

| | |
|---|---|
| Dated: July 8, 2008 | MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH |
| | |
| | _Doron R Danws #230539_ |
| | for LOWELL T. CARRUTH |
| | Attorney for Third-Party Defendant Western Industries |

CASE NO.: 07-CV-2107 W POR            4
                                   STIPULATION