# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HON. LOUISA S. PORTER
CT. DEPUTY RICHARD MESSIG

Shalaby et al      v.      Newell Rubbermaid et al      No.   07cv2107-W (POR)

Plaintiffs                                              Defendants

PROCEEDINGS:   _____ In Chambers   _____ In Court   _____ Telephonic

Judge Porter hereby recuses herself from the above-entitled action. The new Magistrate Judge assigned is Judge Major. The Mandatory Settlement Conference set for July 21, 2008 before Judge Porter is hereby VACATED.

NOTICE:   _____ In Person   _____ By Telephone   _____ Copies Sent

DATE:   July 14, 2008                     DEPUTY: [signature]

cc: Judge Whelan