UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY & SONIA DUNN-RUIZ,<br><br>    Plaintiffs,<br><br>v.<br><br>NEWELL RUBBERMAID, INC., et al.,<br><br>    Defendants.<br><br>And related counterclaim. | Case No. 07cv2107-W(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DATES**<br><br>[Doc. No. 22] |

On July 8, 2007, parties to the above matter filed a joint motion to continue expert witness dates. Doc. No. 22. In support, they cite delays arising from an expert witness' medical complications. <u>Id.</u> The parties' motion is hereby **GRANTED** as follows.

The scheduling order issued in this matter (Doc. No. 11) is modified, and the following deadlines are set, as follows:

1. Disclosure of liability expert witness reports: July 3, 2008;

2. Disclosure of damages expert witness reports: July 24,

   1 |        2008;
   2 |    3.  Disclosure of supplemental expert reports on liability:
   3 |        July 18, 2008:
   4 |    4.  Disclosure of supplemental expert reports on damages:
   5 |        August 1, 2008; and,
   6 |    5.  Deadline to complete expert discovery: September 5,
   7 |        2008.

**All other dates and deadlines remain as previously set.**

   **IT IS SO ORDERED.**

DATED: July 16, 2008

*[signature: Barbara L. Major]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES