```
 1  Shelley G. Hurwitz (SBN 217566)
    HOLLAND & KNIGHT LLP
 2  633 W. Fifth Street, 21st Floor
    Los Angeles, CA 90071
 3  Telephone: (213) 896-2400
    Facsimile (213) 896-2450
 4  Email: shelley.hurwitz@hklaw.com
 5
    Beth S. Naylor (admitted pro hac vice)
 6  Douglas R. Dennis (pro hac vice pending)
    FROST BROWN TODD LLC
 7  2200 PNC Center
    201 East Fifth Street
 8  Cincinnati, Ohio 45202
    Telephone: (513) 651-6727
 9  Facsimile: (513) 651-6981
10  Email: ddennis@fbtlaw.com
11
    Attorney for Defendants IRWIN INDUSTRIAL TOOL COMPANY, INC.
12  and THE HOME DEPOT, INC. and Third-Party Plaintiff BERNZOMATIC
13
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ an individual,<br><br>Plaintiffs,<br>vs.<br><br>IRWIN INDUSTRIAL TOOL COMPANY, THE HOME DEPOT, INC., and DOES 2 through 100, inclusive,<br>Defendants. | Case No.: 07-CV-2107 W BLM<br><br>**JOINT EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE; DECLARATION OF SHELLEY G. HURWITZ**<br><br>Judge: Thomas J. Whelan<br>Magistrate Judge: |
| BERNZOMATIC,<br><br>Third Party Plaintiff,<br>vs.<br><br>WESTERN INDUSTRIES, INC., WORTHINGTON INDUSTRIES, AND ROES 2 through 100, inclusive,<br><br>Third Party Defendants. | Mandatory Settlement Conf: Sept. 3, 2008<br>Pretrial Conference: January 12, 2009<br><br>**[FILED IN COMPLIANCE WITH LOCAL RULE 26.1]** |

CASE NO.: 07-CV-2107 W POR            1
JOINT EX PARTE APPLICATION

## JOINT EX PARTE APPLICATION

Plaintiffs ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ an individual, defendants IRWIN INDUSTRIAL TOOL COMPANY, INC., and THE HOME DEPOT, INC., third-party plaintiff BERNZOMATIC, and third-party defendants WESTERN INDUSTRIES, INC. and WORTHINGTON INDUSTRIES (collectively, "the Parties"), hereby stipulate as follows and move the court ex parte for an order continuing the Mandatory Settlement Conference set in this matter:

1. The parties enter into this stipulation and jointly move the Court to continue the date currently set for the Mandatory Settlement Conference. The parties are not requesting a continuance of any other dates.

2. This case was initially assigned to Magistrate Judge Louisa S. Porter. A Mandatory Settlement Conference was scheduled for July 21, 2008. All parties and their counsel were prepared to appear for the Mandatory Settlement Conference on July 21, 2008.

3. Judge Porter subsequently recused herself. On July 14, 2008, this case was transferred to Magistrate Judge Barbara L. Major. As part of that transfer, the Mandatory Settlement Conference scheduled for July 21, 2008 was vacated.

4. On July 22, 2008, the Court issued an order rescheduling the Mandatory Settlement Conference for September 3, 2008 before Judge Major.

5. Previous to the recusal of Judge Porter, the parties had worked diligently to schedule and arrange the depositions of the experts in this matter. All parties agreed to depose defendant's liability experts in Boston on September 3 and September 4, 2008. All counsel will be attending the depositions in Boston on September 3, 2008.

6. As such, the parties and counsel respectfully request that the Mandatory Settlement Conference be continued to September 22 or September 24, 2008.

CASE NO.: 07-CV-2107 W POR        2
JOINT EX PARTE APPLICATION

```
 1  Dated: July 29, 2008                ALBORG VEILUVA & EPSTEIN
 2
 3                                      /s/ Mark Epstein         by SGH authorization
 4                                      ─────────────────────    give 7/29/08
                                        MARK D. EPSTEIN
 5                                      Attorney for Plaintiffs
                                        ANDREW SHALABY and SONIA DUNN-RUIZ
 6  Dated: July 29, 2008                HOLLAND & KNIGHT LLP
 7
 8                                      /s/ Shelley G. Hurwitz
                                        ─────────────────────
 9                                      SHELLEY G. HURWITZ
                                        Attorney for Defendants
10                                      IRWIN INDUSTRIAL TOOL COMPANY, INC.
                                        and THE HOME DEPOT, INC. and Third-Party
11                                      Plaintiff BERNZOMATIC

12  Dated: July __, 2008                BOWLES & VERNA
13
14                                      See attached
                                        ─────────────────────
15                                      RICHARD ERGO
                                        Attorney for Third-Party Defendants
16                                      WORTHINGTON INDUSTRIES

17  Dated: July 29, 2008                MCCORMICK BARSTOW SHEPPARD WAYTE
                                        & CARRUTH
18
19                                      /s/ Lowell Carruth        by SGH as authorized
                                                                  7/28/08
20                                      ─────────────────────
                                        LOWELL T. CARRUTH
21                                      Attorney for Third-Party Defendant Western
                                        Industries
```

CASE NO.:  07-CV-2107 W POR                3
JOINT EX PARTE APPLICATION

```
 1  Dated: July__, 2008                    ALBORG VEILUVA & EPSTEIN
 2
 3
 4                                          _____
                                            MARK D. EPSTEIN
                                            Attorney for Plaintiffs
 5                                          ANDREW SHALABY and SONIA DUNN-RUIZ
 6  Dated: July__, 2008                    HOLLAND & KNIGHT LLP
 7
 8                                          _____
                                            SHELLEY G. HURWITZ
 9                                          Attorney for Defendants
                                            IRWIN INDUSTRIAL TOOL COMPANY, INC.
10                                          and THE HOME DEPOT, INC. and Third-Party
                                            Plaintiff BERNZOMATIC
11          28
12  Dated: July__, 2008                    BOWLES & VERNA
13
14                                          _____
                                            RICHARD ERGO
15                                          Attorney for Third-Party Defendants
                                            WORTHINGTON INDUSTRIES
16
17  Dated: July__, 2008                    MCCORMICK BARSTOW SHEPPARD WAYTE
                                            & CARRUTH
18
19
20                                          _____
                                            LOWELL T. CARRUTH
                                            Attorney for Third-Party Defendant Western
21                                          Industries
22
23
24
25
26
27
28
```

CASE NO.: 07-CV-2107 W POR                         3
JOINT EX PARTE APPLICATION