1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY & SONIA DUNN-RUIZ, | Case No. 07cv2107-W(BLM) |
| Plaintiffs, | **ORDER GRANTING JOINT *EX PARTE* APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| NEWELL RUBBERMAID, INC., et al., | [Doc. No. 27] |
| Defendants. | |
| And related counterclaim. | |

On July 30, 2008, parties to the above matter filed a joint *ex parte* application to continue the Mandatory Settlement Conference ("MSC") currently set for September 3, 2008 at 9:30 a.m. Doc. No. 27. In support, the parties state that on that date their counsel will be attending a pre-scheduled deposition related to the instant matter, and will thus be unavailable. Id. The parties informed the Court that all counsel and party representatives would be available on October 14, 2008.

The parties' application is **GRANTED**. The MSC set for September 3, 2008 at 9:30 a.m. is hereby continued to **October 14,**

1  **2008** at **9:30 a.m.**  All MSC requirements set forth in this Court's
2  previous order (Doc. No. 26) pertain to the continued conference.
3  All other dates and deadlines remain as previously set.
4      **IT IS SO ORDERED.**

6  DATED: August 7, 2008

8      BARBARA L. MAJOR
    United States Magistrate Judge

13 COPY TO:

14 HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES