UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY & SONIA DUNN-RUIZ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NEWELL RUBBERMAID, INC., et al.,<br><br>　　　　　Defendants.<br>_____<br>And related counterclaim.<br>_____ | Case No. 07cv2107-W(BLM)<br><br>**ORDER RESETTING TIME OF MANDATORY SETTLEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, the Mandatory Settlement Conference set for October 14, 2008 at 9:30 a.m. (Doc. No. 28) is hereby **reset** to **October 14, 2008** at **1:30 p.m.** All other dates and deadlines remain as previously set.

**IT IS SO ORDERED.**

DATED: August 8, 2008

　　　　　　　　　　　　　　　　　　　BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1  COPY TO:

2  HONORABLE THOMAS J. WHELAN
   UNITED STATES DISTRICT JUDGE
3
   ALL COUNSEL AND PARTIES
4