THOMAS E. ALBORG (SBN 056425)
MICHAEL J. VEILUVA (SBN 100419)
MARK D. EPSTEIN (SBN 168221)
ALBORG, VEILUVA & EPSTEIN LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Tel: 925-939-9880
Fax: 925-939-9915

Attorneys for Plaintiffs
ANDREW SHALABY and SONIA DUNN-RUIZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| ANDREW SHALABY and SONIA DUNN-RUIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN INDUSTRIAL TOOL COMPANY INC., THE HOME DEPOT, INC., and DOES 2 through 100, inclusive<br><br>Defendants. | Case No.: 07-CV-2107 W (BLM)<br><br>**STIPULATION AND JOINT EX PARTE MOTION TO EXTEND EXPERT DISCOVERY CUTOFF AND MOTION DEADLINE** |
| AND RELATED THIRD PARTY CLAIMS | |

**STIPULATION AND JOINT EX PARTE APPLICATION**

Plaintiffs ANDREW SHALABY and SONIA DUNN-RUIZ, and defendants IRWIN INDUSTRIAL TOOL COMPANY, INC., and THE HOME DEPOT, INC., third-party plaintiff BERNZOMATIC, and third-party defendants WESTERN INDUSTRIES, INC. and WORTHINGTON INDUSTRIES (collectively, "the Parties"), hereby stipulate and agree as follows, and move the Court *ex parte* for an order continuing the existing expert witness discovery cutoff in this matter to September 30, 2008.

1.  The parties enter into this stipulation and jointly move the Court to continue the current expert witness discovery cutoff of September 5, 2008.

2.  This case was initially assigned to Magistrate Judge Louisa S. Porter, and a Mandatory Settlement Conference was scheduled for July 21, 2008. Judge Porter subsequently

1  recused herself, and on July 14, 2008, this case was transferred to Magistrate Judge Barbara L. Major. As part of that transfer, the Mandatory Settlement Conference scheduled for July 21, 2008 was vacated, and was continued to September 3, 2008 before Judge Major.

3. The parties subsequently stipulated and filed an ex parte application to continue the Mandatory Settlement Conference to October 14, 2008, to allow the parties to go through with the previously scheduled depositions of some of defendants' expert witnesses in Boston, Massachusetts on September 3, 2008.

4. The parties are working diligently to schedule and coordinate the depositions of the remaining experts in this matter, but as of the date of this ex parte application, some of the expert witness depositions have not been scheduled, and the parties are having difficulty coordinating the schedules of counsel and the experts themselves so that the expert witness depositions will all be completed by the current expert witness discovery cutoff of September 5, 2008.

5. Accordingly, the parties, by and through their respective counsel, hereby respectfully stipulate and request that the expert witness discovery cutoff be continued from to September 30, 2008.

6. The parties also request that the existing September 12, 2008 court ordered deadline to file motions of any kind, other than motions in limine or motions to amend the pleadings, be continued to October 10, 2008.

Dated: August 18, 2008                    ALBORG VEILUVA & EPSTEIN

                                          *Darrell DeHart for*
                                          _____
                                          MARK D. EPSTEIN
                                          Attorney for Plaintiffs
                                          ANDREW SHALABY and SONIA DUNN-RUIZ

ALBORG, VEILUVA & EPSTEIN LLP
200 Pringle Avenue
Suite 410
Walnut Creek
CA 94596
Tel.: 925.939.9880
Fax: 925.939.9915

2                900725.pld.stip to continue expert disc cutoff.mde.doc
STIPULATION AND JOINT EX PARTE MOTION

1  Dated: August 19, 2008              HOLLAND & KNIGHT LLP

2

3                                      _____
                                       SHELLEY G. HURWITZ   Tara L. Cooper
4                                      Attorney for Defendants
                                       IRWIN INDUSTRIAL TOOL COMPANY, INC.
                                       and THE HOME DEPOT, INC. and Third-Party
5                                      Plaintiff BERNZOMATIC

6
   Dated: August__, 2008               BOWLES & VERNA
7

8

9                                      _____
                                       RICHARD ERGO
                                       Attorney for Third-Party Defendants
10                                     WORTHINGTON INDUSTRIES

11
   Dated: August__, 2008               MCCORMICK BARSTOW SHEPPARD WAYTE
12                                     & CARRUTH

13

14
                                       _____
15                                     LOWELL T. CARRUTH
                                       Attorney for Third-Party Defendant Western
                                       Industries
16

17

18

19

20

21

22

23

24

25

26

27

28

ALBORG, VEILUVA
& EPSTEIN LLP
200 Pringle Avenue
Suite 410
Walnut Creek
CA 94596
Tel.: 925.939.9880
Fax: 925.939.9915

3                               900725 pld stip to continue expert disc cutoff mde.doc

STIPULATION AND JOINT EX PARTE MOTION

| | | |
|---|---|---|
| 1 | Dated: August___, 2008 | HOLLAND & KNIGHT LLP |
| 2 | | |
| 3 | | _____ |
| | | SHELLEY G. HURWITZ |
| | | Attorney for Defendants |
| 4 | | IRWIN INDUSTRIAL TOOL COMPANY, INC. |
| | | and THE HOME DEPOT, INC. and Third-Party |
| 5 | | Plaintiff BERNZOMATIC |
| 6 | | |
| | Dated: August 15, 2008 | BOWLES & VERNA |
| 7 | | |
| 8 | | |
| 9 | | _____ |
| | | RICHARD ERGO |
| | | Attorney for Third-Party Defendants |
| 10 | | WORTHINGTON INDUSTRIES |
| 11 | | |
| | Dated: August___, 2008 | MCCORMICK BARSTOW SHEPPARD WAYTE |
| 12 | | & CARRUTH |
| 13 | | |
| 14 | | |
| | | _____ |
| | | LOWELL T. CARRUTH |
| 15 | | Attorney for Third-Party Defendant Western |
| | | Industries |

ALBORG, VEILUVA
& EPSTEIN LLP
200 Pringle Avenue
Suite 410
Walnut Creek
CA 94596
Tel.: 925.939.9880
Fax: 925.939.9915

3   900725 pld stip to continue expert disc cutoff mde.doc

STIPULATION AND JOINT EX PARTE MOTION

| | | |
|---|---|---|
| 1 | Dated: August __, 2008 | HOLLAND & KNIGHT LLP |
| 2 | | |
| 3 | | _____ |
| | | SHELLEY G. HURWITZ |
| | | Attorney for Defendants |
| 4 | | IRWIN INDUSTRIAL TOOL COMPANY, INC. and THE HOME DEPOT, INC. and Third-Party |
| 5 | | Plaintiff BERNZOMATIC |
| 6 | | |
| | Dated: August __, 2008 | BOWLES & VERNA |
| 7 | | |
| 8 | | |
| 9 | | _____ |
| | | RICHARD ERGO |
| | | Attorney for Third-Party Defendants |
| 10 | | WORTHINGTON INDUSTRIES |
| 11 | | |
| | Dated: August 13, 2008 | MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH |
| 12 | | |
| 13 | | |
| 14 | | (for) /s/ Carol O'Neil #71282 |
| | | LOWELL T. CARRUTH |
| 15 | | Attorneys for Third-Party Defendant Western Industries |

ALBORG, VEILUVA & EPSTEIN LLP
200 Pringle Avenue
Suite 410
Walnut Creek
CA 94596
Tel.: 925.939.9880
Fax: 925.939.9915

03664/00161-1260987.v1

3

1260987_1

STIPULATION AND JOINT EX PARTE MOTION