UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY & SONIA DUNN-RUIZ,<br><br>           Plaintiffs,<br>v.<br>NEWELL RUBBERMAID, INC., et al.,<br><br>           Defendants.<br>And related counterclaim. | Case No. 07cv2107-W(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DATES**<br><br>[Doc. No. 31] |

On August 19, 2008, parties to the above matter submitted a joint motion to continue the September 5, 2008 deadline to complete expert discovery, and the September 12, 2008 deadline to file motions of any kind, other than motions in limine or to amend the pleadings. Doc. No. 31. The parties' joint motion is **GRANTED** as follows.

///

///

///

///

1      All expert discovery must be completed by **September 30, 2008**.
2 All motions, other than motions in limine or motions to amend the
3 pleadings, must be filed by **October 10, 2008**.  All other dates and
4 deadlines remain as previously set.
5      **IT IS SO ORDERED.**
6
7 DATED: August 26, 2008

                                  BARBARA L. MAJOR
                                  United States Magistrate Judge

COPY TO:

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES