UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SHALABY & SONIA DUNN-RUIZ,<br><br>  Plaintiffs,<br><br>v.<br><br>NEWELL RUBBERMAID, INC., et al.,<br><br>  Defendants.<br>_____<br>And related counterclaim.<br>_____ | Case No. 07cv2107-W(BLM)<br><br>**ORDER SETTING HEARING DATE AND REQUIRING EXCHANGE OF SETTLEMENT OFFERS** |

On September 4, 2008, the Court convened a telephonic Case Management Conference in the above matter. After conferring with counsel regarding the status of the case, the Court issues the following orders:

 1. Defendants' *ex parte* application to designate expert witness Jason Lusk (Doc. No. 33) is stricken from the docket. Should Defendants wish to pursue this request, they shall file an appropriate motion, including legal and factual support and analysis, on or before **September 12, 2008**. Plaintiffs' opposition to Defendants' motion shall be filed on or before **September 19,**

1 | **2008**. Defendants' reply, if any, shall be filed on or before
2 | **September 26, 2008**. A hearing on the motion is set for **October 2,**
3 | **2008** at **9:00 a.m.** *Unless the Court directs otherwise in advance,*
4 | *pursuant to Local Rule 7.1(d)(1), the matter will be resolved*
5 | *without oral argument and <u>no personal appearances</u> are required on*
6 | **October 2, 2008**.
7 |     2. In anticipation of the October 14, 2008 Mandatory
8 | Settlement Conference, the parties shall exchange settlement offers
9 | according to the following schedule. Plaintiffs must provide
10 | Defendants with a written settlement demand on or before **September**
11 | **22, 2008**. This demand should be of such a nature that if fully
12 | accepted by all Defendants, it would resolve the entire action.
13 | Defendants shall either accept Plaintiffs' demand or provide
14 | Plaintiffs with a written, similarly global responsive settlement
15 | offer on or before **September 27, 2008**. If Defendants propose a
16 | counter-offer, Plaintiffs shall respond in writing to that counter-
17 | offer on or before **October 6, 2008**.
18 |     **IT IS SO ORDERED.**
19 |
20 | DATED: <u>September 5, 2008</u>
21 |
22 |                         BARBARA L. MAJOR
                        United States Magistrate Judge
23 |
24 |
25 | COPY TO:
26 | HONORABLE THOMAS J. WHELAN
    UNITED STATES DISTRICT JUDGE
27 |
    ALL COUNSEL AND PARTIES
28 |