Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile (213) 896-2450
Email:  shelley.hurwitz@hklaw.com

Beth S. Naylor (*admitted pro hac vice*)
Douglas R. Dennis (*admitted pro hac vice*)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6727
Facsimile: (513) 651-6981
Email: ddennis@fbtlaw.com

Attorney for Defendants IRWIN INDUSTRIAL TOOL COMPANY, INC. and THE HOME DEPOT, INC. and Third-Party Plaintiff BERNZOMATIC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ an individual,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>IRWIN INDUSTRIAL TOOL COMPANY, THE HOME DEPOT, INC., and DOES 2 through 100, inclusive,<br>　　　　Defendants.<br><br>BERNZOMATIC,<br><br>　　　　Third Party Plaintiff,<br>　vs.<br><br>WESTERN INDUSTRIES, INC., WORTHINGTON INDUSTRIES, AND ROES 2 through 100, inclusive,<br><br>　　　　Third Party Defendants. | **Case No.:  07-CV-2107 W BLM**<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS JASON LUSK**<br><br>Judge:  Hon. Thomas J. Whelan<br>Magistrate Judge: Hon. Barbara Major<br><br>**Date: October 2, 2008, 9:00 am**<br>**Courtroom: A**<br>**No Appearances By Counsel Required**<br><br>Mand. Settlement Conf: October 14, 2008<br>Pretrial Conference: January 12, 2009<br><br>**[Filed In Compliance With Briefing Schedule Ordered By Court]** |

CASE NO.:  07-CV-2107 W　　　　　　　1
NOTICE OF MOTION AND MOTION FOR LEAVE TO DESIGNATE EXPERT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on October 2, 2008 at 9:00 am, the Court will consider Defendants Irwin Industrial Tool Company, Inc. and the Home Depot, Inc. and Third-Party Plaintiff Bernzomatic's (the "Bernzomatic Defendants'") motion for leave to designate Jason Lusk as an expert witness in this matter. Unless the Court directs otherwise in advance, no personal appearances are required on October 2, 2008.

This motion is made on the basis that good cause exists for the grant of leave to designate Jason Lusk as an expert witness in this matter.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Shelley G. Hurwitz, filed herewith, the pleadings, records and papers filed herein, and upon such other and further oral and documentary evidence as the Court may consider.

Dated: September 12, 2008          HOLLAND & KNIGHT LLP

                                                     /s Shelley G. Hurwitz
SHELLEY G. HURWITZ
Attorney for Defendants
IRWIN INDUSTRIAL TOOL COMPANY, INC.
and THE HOME DEPOT, INC. and Third-Party
Plaintiff BERNZOMATIC

**Andrew Shalaby v Newell Rubbermaid, Inc., et al.**
United States District Court, Southern District of CA (San Diego)
Case No. 3:07-cv-02107-W-POR

## PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss.
COUNTY OF LOS ANGELES         )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On **September 12, 2008**, I served the document described as:

**NOTICE OF MOTION AND MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS JASON LUSK**

on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

X   **VIA THE ECF FILING SYSTEM** .

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 12, 2008, at Los Angeles, California.

                                        /s Shelley Hurwitz
                                        Shelley G. Hurwitz

CASE NO.:  07-CV-2107 W                    3
NOTICE OF MOTION AND MOTION FOR LEAVE TO DESIGNATE EXPERT

**<u>Andrew Shalaby v Newell Rubbermaid, Inc., et al.</u>**
**United States District Court, Southern District of CA (San Diego)**
**Case No. 3:07-cv-02107-W-POR**

## SERVICE LIST

| | |
|---|---|
| Mark D. Epstein<br>Alborg, Veiluva & Epstein LLP<br>200 Pringle Avenue, Suite 410<br>Walnut Creek, CA  94596<br>(925) 939-9880<br>(925) 939-9915 - Fax<br><br>Attorneys for Plaintiffs | Richard A. Ergo<br>Cathleen S. Huang<br>Bowles & Verna LLP<br>2121 North California Boulevard, Suite 875<br>Walnut Creek, CA  94596<br>(925) 935-3300<br>(925) 935-0371 – Fax<br><br>Attorneys for Worthington Industries |

Lowell T. Carruth
McCormick Barstow LLP
5 River Park Place East
P.O. Box 28912
Fresno, CA  93720-1501
(559) 433-1300
(559) 433-2300 – Fax

Attorneys for Western Industries, Inc.


# 5601060_v1

CASE NO.:  07-CV-2107 W                               4
NOTICE OF MOTION AND MOTION FOR LEAVE TO DESIGNATE EXPERT