1  Shelley G. Hurwitz (SBN 217566)
   HOLLAND & KNIGHT LLP
2  633 W. Fifth Street, 21st Floor
   Los Angeles, CA 90071
3  Telephone: (213) 896-2400
   Facsimile (213) 896-2450
4  Email:  shelley.hurwitz@hklaw.com
5
   Beth S. Naylor (*admitted pro hac vice*)
6  Douglas R. Dennis (*admitted pro hac vice*)
   FROST BROWN TODD LLC
7  2200 PNC Center
   201 East Fifth Street
8  Cincinnati, Ohio 45202
   Telephone: (513) 651-6727
9  Facsimile: (513) 651-6981
   Email: ddennis@fbtlaw.com
10
11 Attorney for Defendants IRWIN INDUSTRIAL TOOL COMPANY, INC.
   and THE HOME DEPOT, INC. and Third-Party Plaintiff BERNZOMATIC
12
13
14              **UNITED STATES DISTRICT COURT**
15        **SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO**

16 | ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ an individual, | **Case No.:  07-CV-2107 W BLM** |

17

                   Plaintiffs,                    **DECLARATION OF SHELLEY
18         vs.                                    HURWITZ IN SUPPORT OF
                                                  MOTION FOR LEAVE TO
19 IRWIN INDUSTRIAL TOOL COMPANY, THE             DESIGNATE EXPERT WITNESS
   HOME DEPOT, INC., and DOES 2 through 100,      JASON LUSK**
20 inclusive,
                   Defendants.
21

22                                                Judge:  Hon. Thomas J. Whelan
                                                  Magistrate Judge: Hon. Barbara Major
23 BERNZOMATIC,
                                                  **Date: October 2, 2008, 9:00 am
24         Third Party Plaintiff,                 Courtroom: A
           vs.                                    NO ORAL ARGUMENT
25                                                REQUIRED**

26 WESTERN INDUSTRIES, INC.,
   WORTHINGTON INDUSTRIES, AND ROES 2             Mand. Settlement Conf: October 14, 2008
27 through 100, inclusive,                        Pretrial Conference: January 12, 2009

28         Third Party Defendants.

CASE NO.:  07-CV-2107 W                 1
                                   DECLARATION

## DECLARATION OF SHELLEY G. HURWITZ

I, Shelley G. Hurwitz, declare as follows:

1.      I am an attorney at law admitted to practice before this Court. I am an associate at the firm of Holland & Knight LLP, counsel for Bernzomatic in this action.  I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would so testify.

2.      Attached hereto as Exhibit 1 is a true and correct copy of photographs of an exemplar Bernzomatic hand held torch, model number TS4000, and MAPP gas cylinder.

3.      Attached hereto as Exhibits 2 and 3 are true and correct copies of pertinent excerpts from the depositions of Warren Ratcliff and Joe Russo.

4.      This matter was originally assigned to Magistrate Judge Hon. Louisa Porter. Judge Porter subsequently recused herself.  On July 14, 2008, this case was transferred to Magistrate Judge Hon. Barbara L. Major.  Prior to the recusal, Judge Porter issued a Scheduling Order Regulating Discovery and Other Pretrial Proceedings (the "Scheduling Order"), attached hereto as Exhibit 4.

5.      The parties thereafter exchanged initial expert designations, and subsequently exchanged expert reports.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Disclosure of Experts.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Dr. Robert Anderson's report in this matter.  Attached hereto as Exhibit 7 is a true and correct copy of Dr. Anderson's supplemental report in this matter.

8.      Attached hereto as Exhibit 8 is a true and correct copy of Jason Lusk's expert report provided to plaintiffs on  August 1, 2008, the date that all non-damages supplemental expert reports were exchanged by the parties.

9.      Attached hereto as Exhibit 9 are true and correct copies of emails between myself and plaintiffs' counsel, Mark Epstein.  Also included in Exhibit 9 is a true and correct copy of an objection filed by plaintiffs to the designation of Jason Lusk.

CASE NO.:  07-CV-2107 W                    2
DECLARATION

10.     The court issued an order on August 26, 2008, continuing the expert discovery deadline to September 30, 2008.

11.     The Bernzomatic Defendants will agree to cover the expert witness fees for Mr. Lusk's expert witness deposition.

12.     Attached as Exhibit 10 is a true and correct copy of pertinent excerpts from the deposition of Dr. Robert Anderson.

13.     On August 27, 2007, the Bernzomatic Defendants filed an ex parte application seeking leave to designate expert witness Jason Lusk.  On September 4, 2008, the Court held a telephonic conference in response to the filing of the ex parte application.  I attended the telephonic conference, during which the Court indicated that it believed that defendants were on notice of the need for Mr. Lusk's testimony on July 3, 2008 (the date Dr. Anderson's initial report was disclosed) and requested case law supporting the notion that Bernzomatic was diligent in seeking relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 12 day of September 2008 in Los Angeles, California.

____/s Shelley Hurwitz_____
Shelley G. Hurwitz

**Andrew Shalaby v Newell Rubbermaid, Inc., et al.**
**United States District Court, Southern District of CA (San Diego)**
**Case No. 3:07-cv-02107-W-POR**

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

      On **September 12, 2008**, I served the document described as:

**DECLARATION OF SHELLEY HURWITZ IN SUPPORT OF MOTION FOR LEAVE TO DESIGNATE EXPERT WITNESS JASON LUSK**

    on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

<u>X</u>     **VIA THE ECF FILING SYSTEM** .

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 12, 2008, at Los Angeles, California.

                          _____/s Shelley Hurwitz_____
                                  Shelley G. Hurwitz

**Andrew Shalaby v Newell Rubbermaid, Inc., et al.**
**United States District Court, Southern District of CA (San Diego)**
**Case No. 3:07-cv-02107-W-POR**

## SERVICE LIST

Mark D. Epstein
Alborg, Veiluva & Epstein LLP
200 Pringle Avenue, Suite 410
Walnut Creek, CA  94596
(925) 939-9880
(925) 939-9915 - Fax

Attorneys for Plaintiffs

Richard A. Ergo
Cathleen S. Huang
Bowles & Verna LLP
2121 North California Boulevard, Suite 875
Walnut Creek, CA  94596
(925) 935-3300
(925) 935-0371 – Fax

Attorneys for Worthington Industries

Lowell T. Carruth
McCormick Barstow LLP
5 River Park Place East
P.O. Box 28912
Fresno, CA  93720-1501
(559) 433-1300
(559) 433-2300 – Fax

Attorneys for Western Industries, Inc.

# 5601336_v1

CASE NO.:  07-CV-2107 W                    5
DECLARATION