```
              UNITED STATE DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                       ---oOo---
ANDREW SHALABY,

          Plaintiff,

vs.                                 No. C06-07026 CW

NEWELL RUBBERMAID, INC.

          Defendants.
_____/


                   ANDREW W. SHALABY

                      VOLUME I



          Taken before TIFFANY D. DEUSEBIO

          A Certified Shorthand Reporter

         In and for the State of California

              CSR No. 9086, RPR, CRR

                 September 24, 2007



            DIABLO VALLEY REPORTING SERVICES
               Certified Shorthand Reporters
           2121 N. California Blvd., Suite 310
                  Walnut Creek, CA  94596
                     (925) 930-7388
```

Deposition of ANDREW W. SHALABY - September 24, 2007

1

```
 1              (Brief recess taken from 03:56 p.m. to
 2              04:11 p.m.)
 3   BY MR. ERGO:
 4       Q.  I apologize right now because I think I'm going
 5   to go back over something that I already asked you
 6   about, but redundancy is my middle name.
 7       A.  Okay.
 8       Q.  We talked in great detail about whether the
 9   cylinder torch assembly came in contact with anything
10   from the time you picked it off the table to the time
11   that you threw the cylinder.  And you told me that no,
12   it didn't come in contact with anything other than your
13   hand.  Correct?
14       A.  Correct.
15       Q.  How about earlier in the day?  Had any force
16   been applied to this cylinder and torch assembly?
17       A.  No.
18       Q.  You hadn't dropped it?
19       A.  No.
20       Q.  Kicked it?
21       A.  No.
22       Q.  Banged it against something?
23       A.  No.
24       Q.  Let me phrase that question as to you.  You
25   didn't observe anybody else dropping or banging or
```

Deposition of ANDREW W. SHALABY - September 24, 2007

```
 1  kicking the cylinder that day?
 2      A.  No.  It was inside the bin.
 3      Q.  Excuse me?
 4      A.  It was inside the bin.
 5      Q.  You took it out of the bin somewhere around
 6  8:30, and from 8:30 to the time of the accident you
 7  didn't see anybody drop or bang or throw the cylinder,
 8  correct?
 9      A.  No.  It wasn't handled by anybody.
10      Q.  Other than yourself?
11      A.  Other than myself.
12      Q.  Did you ever before the accident and before
13  10:00 p.m. or even up to the time when you first picked
14  the cylinder up, did you see any dents or gouges on the
15  cylinder?
16      A.  No.
17      Q.  Did you see any cracks anywhere?
18      A.  No.
19      Q.  Did you see any dents or gouges on the torch
20  tip?
21      A.  No.
22      Q.  Or cracks?
23      A.  No.
24      Q.  Any kind of deformation?
25      A.  No.
```

Deposition of ANDREW W. SHALABY - September 24, 2007