```
 1              UNITED STATE DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                       ---oOo---
 4   ANDREW SHALABY,
 5                Plaintiff,                  COPY
 6   vs.                              No. C06-07026 CW
 7   NEWELL RUBBERMAID, INC.,
 8                Defendants.
 9   _____/
10
11
12                    SONIA DUNN-RUIZ
13
14
15
16        Taken before TIFFANY D. DEUSEBIO
17        A Certified Shorthand Reporter
18        In and for the State of California
19             CSR No. 9086, RPR, CRR
20                 October 16, 2007
21
22
23        DIABLO VALLEY REPORTING SERVICES
             Certified Shorthand Reporters
24        2121 N. California Blvd., Suite 310
              Walnut Creek, CA  94596
25                (925) 930-7388
```



Deposition of SONIA DUNN-RUIZ - October 16, 2007

1

```
 1        A.   No.
 2        Q.   No, you don't know; or, no, he did not lose
 3   consciousness?
 4        A.   He did not.
 5        Q.   And how do you know that?
 6        A.   Because I was standing there.
 7        Q.   Besides your husband, has anyone else described
 8   for you their observation of the accident?
 9        A.   No.
10        Q.   Do you recall hearing any statements by anyone
11   on the scene of the accident about the accident?
12        A.   No.
13        Q.   Where were your children after the accident?
14   You described your son as standing next to you.  And
15   your daughter?
16        A.   She was asleep.  My son saw my husband on fire
17   from the RV.
18        Q.   Is your son making a claim in this case?
19        A.   No, he's not.
20        Q.   Did your son tell you any observations he made,
21   whether it be sounds that he heard or anything he saw in
22   relation to the accident?
23        A.   He told me he heard the hiss, and he told me he
24   saw Dad on fire running.
25        Q.   Ms. Dunn-Ruiz, as you may already know,
```

1  Mr. Robert Price, one of the paramedics on the scene of
2  the accident, had made an entry into his report that,
3      "Patient was kicking around a propane torch.
4   It went into the fire, blew up and burned him."
5      Do you have any reason to believe that Mr. Price
6  was being untruthful when he made that entry?
7      MR. EPSTEIN:  Objection.  Vague and ambiguous.
8  Overly broad.
9      THE WITNESS:  I don't know why he made such a
10 statement, but it was not kicked into the fire.
11 BY MS. HUANG:
12    Q.  Park Ranger Stevens testified that he heard your
13 husband saying, "I'm an idiot.  I can't believe I'm so
14 stupid.  This is all my fault."
15     Do you have any idea if your husband made that
16 statement?
17    A.  I did not hear that statement.
18    Q.  Okay.
19     Do you have any reason to believe that
20 Ranger Stevens was being untruthful when he made that
21 statement?
22     MR. EPSTEIN:  Objection.  Vague and ambiguous.
23 Calls for speculation.
24     THE WITNESS:  I don't know why he made the
25 statement.  I did not hear it, so I cannot comment on

Deposition of SONIA DUNN-RUIZ - October 16, 2007

1  it.
2  BY MS. HUANG:
3     Q.  One of the park rangers that came on the scene
4  of the accident apparently has spoken to campers at the
5  scene of the accident.  And I think one or more of the
6  campers made the observation that your husband was
7  banging the accident torch and cylinder against a hard
8  surface.  Do you have any idea why they would make such
9  a statement?
10        MR. EPSTEIN:  Objection.  Object to the
11 question.  Lacks foundation.  Misstates prior testimony
12 of the witnesses and calls for speculation of this
13 witness.
14        THE WITNESS:  I have no idea why they would make
15 such statements.
16 BY MS. HUANG:
17    Q.  After your husband was transported to the
18 emergency room, describe for me who remained at the
19 scene of the accident.
20    A.  I remained at the campsite with the children.
21    Q.  Did anyone else stay after your husband was
22 transported away?
23    A.  I don't know.  I took the computer, the bottle
24 of wine and my son and went inside the RV and closed the
25 door.  I have no idea what happened outside afterwards.