# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Andrew Shalaby; Sonia Dunn-Ruiz

                **V.**

Newell Rubbermaid Inc.; The Home Depot Inc;
Rubbermaid Inc; Irwin Industrial Tool Company;
Bernzomatic

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07cv2107-MMA(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court orders the Clerk fo Court to enter judgment in favor of Defendants Irwin Industrial Tool Company and The Home Depot, and to terminate the case.

| July 28, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON July 28, 2009 |

07cv2107-MMA(BLM)