**FILED**

UNITED STATES COURT OF APPEALS

DEC 21 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW W. SHALABY; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>NEWELL RUBBERMAID, INC.; et al.,<br><br>        Defendants-cross-claimants - Appellees,<br><br> and<br><br>WESTERN INDUSTRIES, INC.; et al.,<br><br>        Cross-defendants - Appellees. | No. 09-56331<br><br>D.C. No. 3:07-cv-02107-MMA-BLM<br>Southern District of California, San Diego<br><br><br>ORDER |

Before: FRIEDMAN, Senior Circuit Judge [*]

      The Rubbermaid appellees' opposed motion for an award of costs is granted in part. Costs are awarded in the amount of $31.20. 9th Cir. R. 30-2. The cross-motion for imposition of sanctions is denied.

      The Worthington appellees are awarded their requested costs of $29.76.

      No further filings will be entertained in this appeal.

      This order serves to amend the court's previous mandate. Fed. R. App. P. 39(d)(3).

---

    [*]    The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

cb /Pro Mo