Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
400 S. Hope St., 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile (213) 896-2450
Email:  shelley.hurwitz@hklaw.com

Beth S. Naylor (*admitted pro hac vice*)
Douglas R. Dennis (*admitted pro hac vice*)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6727
Facsimile: (513) 651-6981
Email: ddennis@fbtlaw.com

Attorney for Defendants IRWIN INDUSTRIAL TOOL COMPANY, INC. and THE HOME DEPOT, INC. and Third-Party Plaintiff BERNZOMATIC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO**

| | |
|---|---|
| ANDREW SHALABY, an individual, and SONIA DUNN-RUIZ an individual,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>IRWIN INDUSTRIAL TOOL COMPANY, THE HOME DEPOT, INC., and DOES 2 through 100, inclusive,<br>　　　　Defendants. | **CASE NO.:  07-CV-2107 MMA BLM**<br><br>**SATISFACTION OF JUDGMENT** |
| BERNZOMATIC,<br><br>　　　　Third Party Plaintiff,<br>　　vs.<br><br>WESTERN INDUSTRIES, INC., WORTHINGTON INDUSTRIES, AND ROES 2 through 100, inclusive,<br><br>　　　　Third Party Defendants. | |

CASE NO.:  07-CV-2107 W BLM           1
SATISFICATION OF JUDGMENT

1
2    WHEREAS, a judgment for costs was entered in the above action in favor of Irwin
3    Industrial Tool Company and Home Depot, Inc. and against plaintiffs Andrew Shalaby and
4    Sonia Dunn-Ruiz in the amount of $11,383.21 plus interest, and said judgment with interest
5    thereon having been fully paid, and it is certified that there are no outstanding executions with
6    any Sheriff or Marshall.  Therefore, full and complete satisfaction of said judgment is hereby
7    acknowledged.

8    Dated:  November 1, 2012                         HOLLAND & KNIGHT LLP

9                                                          /s Shelley G. Hurwitz
10                                                        SHELLEY G. HURWITZ
                                                          *Attorney for Defendants*
11                                                        *IRWIN INDUSTRIAL TOOL COMPANY*
                                                          *THE HOME DEPOT, INC., and Third-Party*
12                                                        *Plaintiff, BERNZOMATIC*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO.:  07-CV-2107 W BLM               2
                        SATISFACTION OF JUDGMENT

**PROOF OF SERVICE BY ECF SYSTEM**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is the law firm of Holland & Knight LLP located at 400 S. Hope St., 8th Floor, Los Angeles, California 90071. On November 1, 2012, I electronically served the documents described below via the ecf system:

**SATISFACTION OF JUDGMENT**

on all parties to this matter signed up for ECF Service.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct and was executed on November 1, 2012 at Los Angeles, California.

/s/ Shelley Hurwitz
Shelley Hurwitz

#11550350_v1

CASE NO.: 07-CV-2107 W BLM              3
SATISFICATION OF JUDGMENT